# United States District Court

Southern _____ DISTRICT OF _____ Florida

PSS INTERNET SERVICES, INC.
a Florida corporation and
GEORGE KUHN, individually,

**V.**

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, Brittish Virgin Islands corporation, and
GREATDOMAINS.COM,INC., a California corporation,

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 00-6172

C I V - Z L U C H

TO: (Name and address of defendant)

GREATDOMAINS.COM, INC.
10 Universal City Plaza
Suite 1115
Universal City, CA 91608

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

FEB - 3 2000

CLERK

DATE

(BY) DEPUTY CLERK