# United States District Court

Southern **DISTRICT OF** Florida

PSS INTERNET SERVICES, INC.
a Florida corporation and
GEORGE KUHN, individually,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 00-6172

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, Brittish Virgin Islands corporation, and
GREATDOMAINS.COM, INC., a California corporation,

Civ-ZLOCH

TO: (Name and address of defendant)

America Dot Com, Inc.
Tortola, British Virgin Islands
Jipfa Building, 3rd Floor
Road Town, Tortola

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John C. Rayson, Esq.
Law Offices of John C. Rayson
Second Floor
2400 E. Oakland Park Blvd.
Fort Lauderdale, FL 33306

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

FEB - 3 2000
DATE

(BY) DEPUTY CLERK