UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6172-CIV-ZLOCH/SELTZER

PSS INTERNET SERVICES, INC.,
a Florida corporation and GEORGE KUHN
individually,

    Plaintiffs,

v.

JEREMY GREENIDGE individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands corporation, and
GREATDOMAINS.COM, INC., a California
corporation,

    Defendants.
_____/



PLAINTIFFS' MOTION FOR HEARING ON
EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiffs PSS INTERNET SERVICES, INC., a Florida corporation, (hereinafter "PSS") and GEORGE KUHN individually (hereinafter "KUHN"), by and through undersigned counsel and pursuant to Rule 7.1 E, S.D. Fla. L.R., respectfully request a hearing on their Emergency Motion For Temporary Restraining Order and as grounds state:

1. An immediate hearing on Plaintiffs' Emergency Motion For Temporary Restraining Order is necessary to prevent the imminent sale of the domain name known as "America.Com" and preserve the status quo until the final outcome of this action.

1

2. Recent telephone conversations, more particularly described in the plaintiffs' Emergency Motion For Temporary Restraining Order, create a well-founded fear that the plaintiffs' ownership rights in the domain name are unprotected as of the time of the filing of this Motion.

3. An immediate hearing will not unduly prejudice the defendants' rights as the plaintiffs merely request that the status quo be maintained pending the outcome of this action.

4. Plaintiffs estimate that fifteen (15) minutes are required to argue the Emergency Motion For Temporary Restraining Order.

WHEREFORE the plaintiffs request an expedited hearing on their Emergency Motion For Temporary Restraining Order.

LAW OFFICES OF JOHN C. RAYSON
2400 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
(954) 566-8855
(954) 566-8902 (facsimile)

By: _____
John C. Rayson
Florida Bar No. 204153

2