UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH/SELTZER

PSS INTERNET SERVICES, INC.,
a Florida corporation and GEORGE KUHN
individually,

       Plaintiffs,

vs.

JEREMY GREENIDGE individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands corporation, and
GREATDOMAINS.COM, INC., a California
corporation,

       Defendants.
_____/



## AMENDED COMPLAINT

Plaintiffs PSS INTERNET SERVICES, INC., a Florida corporation, (hereinafter "PSS") and GEORGE KUHN individually (hereinafter "KUHN") sue Defendants JEREMY GREENIDGE individually, also known as Jeremy Green, (hereinafter "GREENIDGE"), AMERICA DOT COM, INC., a Tortola, British Virgin Islands corporation (hereinafter "AMERICA DOT COM"), and GREATDOMAINS.COM, INC., a California corporation, (hereinafter "GREATDOMAINS") and allege:

### JURISDICTIONAL ALLEGATIONS

1. Each cause of action set forth herein seeks injunctive relief or damages in excess of $75,000, exclusive of interest and costs.

1



2. Diversity of citizenship exists between Plaintiffs and all Defendants

3. Plaintiff PSS is a corporation incorporated under the laws of the State of Florida having its principal place of business in Broward County, Florida.

4. Plaintiff KUHN is a citizen of the State of Florida residing in Broward County, Florida.

5. Defendant GREENIDGE is a citizen of Barbados.

6. Defendant AMERICA DOT COM is a corporation incorporated under the laws of Tortola, British Virgin Islands having its principal place of business outside the State of Florida.

7. Defendant GREATDOMAINS is a corporation incorporated under the laws of California having its principal place of business in California.

8. Defendants acted personally in Broward County, Florida or through agents acting on their behalf in Broward County, Florida or through the instrumentality of the Internet directed against the Plaintiffs at the Plaintiffs' place of business in Broward County, Florida.

## GENERAL ALLEGATIONS

9. PSS was formed in 1994 as an Internet Service Provider. PSS's primary asset is an Internet domain named "America.com". PSS also owns the domains "Earth.net", "Worldwide.net", and "Universe.net".

10. Plaintiff KUHN purchased twenty five percent (25%) of the issued shares of PSS and became a member of the board of directors.

11. In 1997, PSS's business began to slow and eventually PSS moved its customers to another Internet provider. During this time, GREENIDGE moved to Barbados, where he now resides.

12. On or about November 19, 1999, GREENIDGE, acting alone and without PSS's board of director's knowledge, transferred the domain name "America.com" from PSS to AMERICA DOT COM by registering the domain name through Network Solutions, Inc.

13. Some time after November 19, 1999, GREENIDGE, acting alone and without PSS's board of director's knowledge, contracted with GREATDOMAINS to market, auction and sell the domain name "America.com" over the Internet. GREATDOMAINS is currently organizing a worldwide marketing campaign for the sale of "America.com".

14. As of March 9, 2000 the GREATDOMAINS website shows that "America.com" is for sale and is being offered at a price of thirty million dollars ($30,000,000.00). Attached hereto and incorporated by reference herein is Exhibit "A" which is a print-out of GREATDOMAINS' website listing "America.com" for sale.

15. Plaintiffs reserve the right to amend these pleadings to seek punitive damages upon presentation of evidence sufficient to support same under Florida law.

16. Plaintiffs have hired the Law Offices of John C. Rayson to represent them in this action and are obligated to pay a reasonable fee for legal services.

## COUNT I - INJUNCTION

17. Plaintiffs reallege paragraphs 1 through 17 above.

18. GREATDOMAINS has already listed "America.com" for sale and is accepting bids around the clock on its website. Exhibit "A", a March 9, 2000 print-out of GREATDOMAINS website, shows that "America.com" is presently for sale.

19. "America.com" could be sold at any time and without notice to the Plaintiffs because GREATDOMAINS is under contract with GREENIDGE to auction and sell the name.

20. Plaintiffs' undersigned attorney certifies that he contacted Steve Neuman, President of GREATDOMAINS, on January 12, 2000 to inform him that PSS was the rightful owner of "America.com" and that GREENIDGE and AMERICA DOT COM had no authority to sell "America.com". Mr. Neuman responded that the sale of "America.com" would proceed.

21. On February 24, 2000 the undersigned attorney spoke on the telephone to GREATDOMAINS' attorneys, Akin, Gump, et al. in Dallas, Texas and discussed the sale of "America.com". On February 24, 2000, the undersigned attorney sent a letter to GREATDOMAINS attorneys requesting that "America.com" not be sold until the Plaintiffs' rights are determined. As of March 6, 2000, GREATDOMAINS has not responded to the correspondence and instead continues to market and offer "America.com" for sale.

22. Plaintiff PSS has a clear legal right in the name "America.com" because PSS, not GREENIDGE or AMERICA DOT COM, is now the registered owner of the name. Exhibit "B", attached hereto and incorporated herein by reference, is a print-out of Network Solutions, Inc.'s website showing the result of a "who is" search for the owner of "America.com". Exhibit "B" show that PSS is the registered owner as of February 13, 2000. Network Solutions, Inc. registered "America.com" back to PSS on February 13 after it became aware that PSS had not authorized GREENIDGE's November 19, 1999 actions.

23. "America.com's own website clearly shows that PSS has been the registered owner of the name since at least 1997. Attached hereto and incorporated by reference herein is Exhibit "C", a March 1, 2000 print-out of "America.com's" website showing PSS as the owner of the name and a 1997 copyright by PSS.

24. Immediate and irreparable injury, loss and damage will result to the Plaintiffs if

4

GREATDOMAINS, AMERICA DOT COM, and GREENIDGE, are not enjoined from selling "America.com". The domain name can be sold at any time with the proceeds flowing to GREENIDGE as he alone is under contract with GREATDOMAINS to auction and sell the name.

25. Plaintiffs have no adequate remedy at law as "America.com" is unique and once sold cannot be replaced or duplicated by PSS.

26. The public interest is best served by preserving the status quo because "America.com" is offered for sale to the general public worldwide. Potential buyers will not be aware of the ownership dispute and as a result may unknowingly become parties to a lawsuit.

27. Plaintiffs seek an injunction to prevent the sale of "America.com" and to preserve the status quo until final judgment in this action. By preserving the status quo, all parties' rights will be protected and no party will be unduly prejudiced.

28. Defendant GREATDOMAINS, GREENIDGE and AMERICA DOT COM have been notified of Plaintiffs' request for an injunction.

**WHEREFORE** Plaintiffs respectfully request that this Court, after notice to all Defendants, issue a Temporary Restraining Order and a Preliminary Injunction enjoining Defendants GREATDOMAINS, AMERICA DOT COM, and GREENIDGE, from offering for sale, selling, auctioning, or otherwise transferring ownership, possession, or control of the domain name "America.com".

## COUNT II - FRAUD

29. This is an action for damages for fraud exceeding $75,000.

30. Plaintiffs reallege paragraphs 1 through 17 above.

31. At all times material hereto, Defendant GREENIDGE acted independently of PSS despite the fact that GREENIDGE was the acting President of PSS.

32. GREENIDGE engaged in a series of fraudulent acts and representations, each of which is independently actionable and, when taken together, display a pattern of fraudulent intent and dealing.

33. On or about November 19, 1999 GREENIDGE represented to Network Solutions, Inc. that he owned "America.com". This representation was false when made, was known to GREENIDGE to be false; and was intended to deceive and defraud Network Solutions, Inc. and the Plaintiffs.

34. In reliance on that representation, Network Solutions, Inc. contracted with GREENIDGE to re-register "America.com" to AMERICA DOT COM.

35. Once "America.com" was registered to AMERICA DOT COM, GREENIDGE contracted with GREATDOMAINS to auction and sell "America.com" to the highest bidder.

36. PSS is the rightful owner of "America.com", as shown by Exhibits "B" and "C", and never consented to the re-registration nor the contract to auction and sell "America.com".

37. Plaintiffs have been directly damaged by GREENIDGE's fraudulent acts in that PSS's primary asset, "America.com" is now offered for sale and could be sold without Plaintiffs' knowledge.

**WHEREFORE** Plaintiffs demand judgment for damages against Defendants GREENIDGE and AMERICA DOT COM including all actual, consequential, and upon evidence in support, punitive damages, together with interest and the costs and expenses of this action.

## COUNT III - CONVERSION

38. This is an action for damages for conversion exceeding $75,000.

39. Plaintiffs reallege paragraphs 1 through 17 above.

40. On or about November 19, 1999, Defendant GREENIDGE and AMERICA DOT COM converted to their own use the domain name "America.com" of the value of between $10,000,000 and $50,000,000, the property of Plaintiff PSS and a MacIntosh personal computer of the value of $5,000.00, the property of Plaintiff KUHN.

**WHEREFORE** Plaintiffs demand judgment for damages against Defendants GREENIDGE and AMERICA DOT COM including all actual, consequential, and upon evidence in support, punitive damages, together with interest and the costs and expenses of this action.

## COUNT IV - REPLEVIN

41. This is an action to recover possession of property that exceeds $75,000 in value.

42. Plaintiffs reallege paragraphs 1 through 17 above.

43. The description of the property is: one Internet domain name, "America.com", and one MacIntosh personal computer.

44. To the best of Plaintiffs' knowledge, information and belief, the value of the domain name "America.com" is between $10,000,000 and $50,000,000 and the value of the MacIntosh computer is $5,000.

45. Plaintiff PSS is entitled to possession of the property because the domain name is a corporate asset of PSS. Plaintiff Kuhn is entitled to possession of the MacIntosh computer because he bought and is the owner of the computer.

46. The property is wrongfully detained by Defendants GREENIDGE and AMERICA

DOT COM.. Defendants came into possession of the property by virtue of GREENIDGE's position as President of PSS and by GREENIDGE's knowledge of certain passwords giving him access to the property and by the contract between GREENIDGE and GREATDOMAINS to auction and sell the property..

47. To the best of Plaintiffs' knowledge, information and belief, Defendants retain the property because they intend to sell it.

48. The property has not been taken for any tax, assessment or fine pursuant to law.

49. The property has not been taken under an execution or attachment against Plaintiffs' property.

**WHEREFORE** Plaintiffs demand judgment for possession of the property and for damages for the detention of it against Defendants GREENIDGE and AMERICA DOT COM.

### COUNT V - BREACH OF FIDUCIARY DUTY

50. This is an action for damages for breach of a fiduciary duty exceeding $75,000.

51. Plaintiffs reallege paragraphs 1 through 17 above.

52. Defendant GREENIDGE was at all times material to this action under a fiduciary duty to Plaintiff PSS with respect to all corporate assets of PSS in his possession or control.

53. GREENIDGE breached his fiduciary duty to PSS by misappropriating and utilizing for his own benefit corporate assets including the domain name "America.com" and by failing to disclose to PSS the re-registration of and the contract to auction and sell the domain name "America.com".

54. Plaintiffs have been damaged by GREENIDGE's breach of fiduciary duty and self-dealing by the loss of a significant corporate asset valued at between $10,000,000 and

$50,000,000, and impairment of PSS's business operations.

**WHEREFORE** Plaintiffs demand judgment for damages against Defendant GREENIDGE including all actual, consequential, and upon evidence in support, punitive damages, together with interest and the costs and expenses of this action.

### DEMAND FOR JURY TRIAL

55. Plaintiffs demand trial by jury of all issues so triable as by right.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by mail to: Lisa Gallerano, Esq., Akin, Gump et al., attorneys for GREATDOMAINS, 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201; JEREMY GREENIDGE, Rices House, Saint Philip, Barbados and 16 Spry Street, Bridgetown, Barbados; and AMERICA DOT COM, INC., Jipfa Building, 3rd Floor, Road Town, Tortola, B.V.I. on March 14th, 2000.

LAW OFFICES OF JOHN C. RAYSON
2400 East Oakland Park Blvd.
Fort Lauderdale, FL 33306
(954) 566-8855
(954) 566-8902 (facsimile)

By: _____
John C. Rayson, Esq.
Florida Bar No. 204153







```
Registrant:
PSS InterNet Services, Inc (AMERICA106-DOM)
   168 North Beach Street
   Daytona Beach, FL 32114
   US

   Domain Name: AMERICA.COM

   Administrative Contact, Technical Contact, Zone Contact:
      Green, Jeremy   (JG88)   picard@AMERICA.COM
      PSS InterNet Services, Inc
168 North Beach Street
Daytona Beach, FL 32114

      904-253-7100 (FAX) 209 885 8613

   Record last updated on 13-Feb-2000.
   Record created on 13-Feb-2000.
   Database last updated on 9-Mar-2000 13:26:10 EST.

   Domain servers in listed order:

   NS1.AMERICA.COM              205.245.33.2
   NS2.AMERICA.COM              205.245.33.3
   NS3.AMERICA.COM              205.245.33.4
```

HOME  |  MAKE CHANGES  |  PRODUCTS & SERVICES  |  SITE MAP  |  HELP

Questions? Contact Us.
© Copyright 2000 Network Solutions, Inc. All rights reserved.
Please read our Disclaimer.

http://www.networksolutions.com/cgi-bin/whois/whois?STRING=america.com          3/9/00

EXHIBIT "B"





**THE AMERICA.COM COMMUNITY**

- Entertainment & Fun Stuff
- Business & Finance
- Resorts, Hotels & Real Estate
- Transportation & Aviation
- Museums & The Arts
- FREE SOFTWARE!
- Computers & Internet

Welcome to The America.Com Community. We hope that you find something that you like, and if you do, be sure to add us to your bookmarks, or make a link to the places you find interesting. The America.Com Community is written and maintained by PSS Internet Services Inc. A few notes about America.Com before you continue. The site is Netscape friendly so if you find that you're having trouble seeing things, then we suggest you take a look at Microsoft's Homepage or Netscape.com. Also if you have any comments about this or any of our web pages please let us know what you think. There is a place at the bottom of *every* page for comments and information about that product or service. Enjoy your walk through The America.Com Community.

America.Com is a production of





Comments? Questions? Then write to us **webmaster@a merica.com**

Copyright (c) 1997 by PSS Internet Services Inc. all rights reserved.

Please s ee copyright notice.