UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:00-6172-CIV-ZLOCH/SELTZER

PSS INTERNET SERVICES, INC.,
a Florida corporation and GEORGE KUHN
individually,
    Plaintiffs,

vs

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a Tortola,
British Islands corporation,
GREATDOMAINS.COM, INC., a
California corporation.
_____/



## NOTICE OF FILING WAIVER OF SERVICE OF SUMMONS

    YOU ARE NOTIFIED that the Waiver of Service of Summons of GREATDOMAINS.COM, INC. has been filed with the Court.

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been delivered by mail to: Lisa Gallerano, Esquire, AKIN, GUMP, et at., GREATDOMAINS.COM, INC., 1700 Pacific Avenue, Suite 4100, Dallas, Texas 75201, on this 14th day of March, 2000.

                              LAW OFFICES OF JOHN C. RAYSON
                              240 East Oakland Park Boulevard
                              Fort Lauderdale, Florida 33306
                              (954) 566-8855
                              (954) 566-8902 (facsimile)

                              By: _____ for
                                  John C. Rayson, Esquire
                                  Florida Bar No.: 204153

## Waiver of Service of Summons

I acknowledge receipt of your request that I waive service of a summons in the action of <u>PSS Internet Services, Inc. and George Kuhn</u>, which is case number <u>00-6172</u> in the United States District Court for the Southern District. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the waiver to you without cost to me.

I agree to save the cost of the service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after February 10, 2000, or within 90 days after that date if the request was outside the United States.

| 3/9/00 | _Lisa S. Gullerane_ (signature) |
|---|---|
| Date | Signature |

Printed/Typed name: _Lisa S. Gullerane_
as _Attorney for_
of _Great Domains.com, Inc._

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving necessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause can be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against the defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.