UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 MAY -8 PM 1:30

PSS INTERNET SERVICES, INC.  CASE NO.: 00-6172-CIV-ZLOCH
A Florida corporation and
GEORGE KUHN, individually,

    Plaintiffs,

v.

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, Brittish Virgin Islands
Corporation and GREATDOMAINS.COM,
INC., a California corporation.

    Defendants.
_____/

## NOTICE OF APPEARANCE

The law firm of Buchanan Ingersoll, Professional Corporation hereby files its appearance on behalf of Defendant, America Dot Com, Inc. and requests that it be served with copies of all pleadings, notices, motions, orders and other documents filed in this proceeding.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true copy of the foregoing was mailed this ____5____ day of May, 2000 to: John C. Rayson, Esq., Law Offices of John C. Rayson, Second Floor, 2400 East Oakland Park Boulevard, Fort Lauderdale, FL 33306.

BUCHANAN INGERSOLL, P.C.
Attorneys for America Dot Com
2100 NATIONSBANK TOWER
100 SOUTHEAST SECOND STREET
Miami, Florida 33131
(305) 347-4080
FAX: 347-4089

WILLIAM E. DAVIS, ESQ.
Florida Bar No.: 191680

38945