UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PSS INTERNET SERVICES, INC.,
a Florida corporation and
GEORGE KUHN individually,
    Plaintiffs,

CASE NO.:  00-6172-CIV-ZLOCH

vs

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Islands corporation, and
GREATDOMAINS.COM, INC., a
California corporation,
    Defendants.
_____/

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE PROCESS

COMES NOW, the Plaintiffs, by and through the undersigned counsel, and pursuant to

S.D. Fla. L.R. 7.1 and files this Motion for Extension of Time To Serve Process and in support

thereof states:

1. Plaintiffs filed their Complaint in this action on February 2, 2000.

2. Defendant America Dot Com, Inc., is a Barbados corporation and is being served with

process in accordance with the Hague Service Convention.

3. Defendant Jeremy Greenidge is a citizen of Tortola, British Virgin Islands and is being

served with process in accordance with the Hague Service Convention.

4. According to the attached affidavits, service of process in Barbados and Tortola will

require approximately four (4) to seven (7) months.

5. Granting this motion will not prejudice any party and will allow the Plaintiffs to enforce

a judgment, if obtained, abroad.

WHEREFORE, the Plaintiff respectfully requests this Court enter an Order extending the time in which to serve process.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded by U.S. Mail to Jeremy Greenidge, Rices House, Sainte Phillip, Barbados, and 16 Spry Street, Bridgetown, Barbados, Lisa Gallerno, Esquire, Attorney for GreatDomain, AKIN, GUMP, STRAUSS, HAUER & FELD, L.L.P., 1700 Pacific Avenue, Suite 4100, Dallas, Texas, Jill Cook-Edwards, Esquire, Attorney for America Dot Com, Inc., BUCHANAN INGERSOLL, 100 S.E. 2ND Street, Suite 2100, Miami Florida 33131 on this 25th day of May, 2000.

> LAW OFFICE OF JOHN C. RAYSON
> 2400 East Oakland Park Boulevard
> Second Floor
> Fort Lauderdale, Florida 33306
> (954) 566-8855 Fax 566-8902
>
> By: _____
> JOHN C. RAYSON, ESQUIRE
> Florida Bar No.: 204153

## AFFIDAVIT OF CELESTE INGALLS

| | |
|---|---|
| **COURT:** | **UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA** |
| **CAPTION:** | **PSS INTERNET SERVICES, INC., et al, Plaintiffs**<br>v.<br>**JEREMY GREENIDGE, et al, Defendants** |
| **CASE NO.:** | **00-6172   CIV-ZLOCH** |

**OREGON** )
) ss.
**County of Multnomah** )

I declare that I, Celeste Ingalls, am a citizen of Oregon, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and that I specialize in the service of civil process in foreign countries; and
2. The United States and Barbados, are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 16, 1965, (Hague Service Convention); and
3. In accordance with Federal Rules of Civil Procedure, Rule 4 (1) (a), service outside the United States shall be subject to the provisions of the Hague Service Convention; and
4. The Supreme Court of England has declared the Registrar of the Supreme Court in Bridgetown, Barbados, the Central Authority and entity through which service of judicial documents shall be effected in accordance with the Hague Service Convention in the British Virgin Islands; and
5. On April 12, 2000, I forwarded to the Central Authority in Bridgetown, Barbados, the Summons. and Verified Complaint, to be served upon **America Dot Com, Inc.**, in accordance with the Hague Service Convention; and
6. The Hague Service Convention does not impose an obligatory time frame; and
7. It has been my continuous experience that the average turnaround time for effected service in Barbados under the Hague Service Convention is 4 months, but has occasionally exceeded 7 months.

_____
Celeste Ingalls

SUBSCRIBED AND SWORN to before me this 20$^h$ day of April 2000.

_____
Notary Public for Oregon

# AFFIDAVIT OF CELESTE INGALLS

**COURT:** UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA

**CAPTION:** PSS INTERNET SERVICES, INC., et al, Plaintiffs
v.
JEREMY GREENIDGE, et al, Defendants

**CASE NO.:** 00-6172  CIV-ZLOCH

OREGON        )
              ) ss.
County of Multnomah )

I declare that I, Celeste Ingalls, am a citizen of Oregon, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and that I specialize in the service of civil process in foreign countries; and
2. The United States and United Kingdom, which includes British Virgin Islands, are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 16, 1965, (Hague Service Convention); and
3. In accordance with Federal Rules of Civil Procedure, Rule 4 (1) (a), service outside the United States shall be subject to the provisions of the Hague Service Convention; and
4. The Supreme Court of England has declared the Registrar of the Supreme Court in Tortola, British Virgin Islands, the Central Authority and entity through which service of judicial documents shall be effected in accordance with the Hague Service Convention in the British Virgin Islands; and
5. On April 12, 2000, I forwarded to the Central Authority in Tortola, British Virgin Islands, the Summons, and Verified Complaint, to be served upon **Jeremy Greenidge**, in accordance with the Hague Service Convention; and
6. The Hague Service Convention does not impose an obligatory time frame; and
7. It has been my continuous experience that the average turnaround time for effected service in the British Virgin Islands under the Hague Service Convention is 4 months, but has occasionally exceeded 7 months.

_Celeste Ingalls_

SUBSCRIBED AND SWORN to before me this 20"  day of April 2000.

_Heather Whitman_
Notary Public for Oregon

OFFICIAL SEAL
HEATHER WHITMAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 314348
MY COMMISSION EXPIRES JULY 12, 2002