```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO. 00-6172-CIV-ZLOCH
```

PSS INTERNET SERVICES, INC.,
a Florida corporation, and
GEORGE KUHN, individually,

    Plaintiffs,

vs.                                         **O R D E R**

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Islands
corporation, and GREATDOMAINS.
COM.INC., a California
corporation,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Plaintiffs' Motion For Extension Of Time To Serve Process (DE 11). The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Plaintiffs' aforementioned Motion For Extension Of Time (DE 11) be and the same is hereby **GRANTED** to the extent that the Plaintiffs shall have up to and including July 2, 2000 within which to effect service upon the



Defendant, America Dot Com, Inc.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _2nd_ day of June, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

John C. Rayson, Esq.
For Plaintiffs

Jeremy Greenidge, Defendant
Rices House
Sainte Phillip, Barbados
    And
16 Spry Street
Bridgetown, Barbados

Lisa Gallerno, Esq.
For Defendant GreatDomains

Jill Cook-Edwards, Esq.
For Defendant America Dot Com