UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH/SELTZER

PSS INTERNET SERVICES, INC.,
a Florida corporation and GEORGE KUHN
individually,

    Plaintiffs,

vs.

JEREMY GREENIDGE individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands corporation, and
GREATDOMAINS.COM, INC., a California
corporation,

    Defendants.

_____/



## PLAINTIFFS' ANSWER AND AFFIRMATIVE DEFENSES
## TO DEFENDANT AMERICA DOT COM, INC.'S COUNTERCLAIM

Plaintiffs PSS INTERNET SERVICES, INC., a Florida corporation, (hereinafter "PSS")

and GEORGE KUHN individually (hereinafter "KUHN") hereby file their Answer and

Affirmative Defenses to Defendant AMERICA DOT COM, INC.'s Counterclaim and state as

follows:

### JURISDICTIONAL ALLEGATIONS

1. Plaintiffs admit the allegations in paragraph 1 of the Counterclaim for jurisdictional

purposes only.

2. Plaintiffs admit the allegations in paragraph 2 of the Counterclaim.

1

3. Plaintiffs admit the allegations in paragraph 3 of the Counterclaim.

4. Plaintiffs deny that PSS has its principal place of business in Volusia County, Florida and admit the remaining allegations in paragraph 4.

5. (There is no paragraph 5 in the Counterclaim)

## GENERAL ALLEGATIONS

6. Plaintiffs are without knowledge of the allegations in paragraph 6 of the Counterclaim.

7. Plaintiffs are without knowledge of the allegations in paragraph 7 of the Counterclaim.

8. Plaintiffs are without knowledge of the allegations in paragraph 8 of the Counterclaim.

9. Plaintiffs are without knowledge of the allegations in paragraph 9 of the Counterclaim.

10. Plaintiffs are without knowledge of the allegations in paragraph 10 of the Counterclaim.

11. Plaintiffs deny the allegations in paragraph 11 of the Counterclaim.

12. Plaintiffs deny that Greenidge and Millan were the sole directors of PSS and admit the remaining allegations in paragraph 12.

13. Plaintiffs deny the allegations in paragraph 13 of the Counterclaim.

14. Plaintiffs deny the allegations in paragraph 14 of the Counterclaim.

15. Plaintiffs deny the allegations in paragraph 15 of the Counterclaim.

16. Plaintiffs admit the allegations in paragraph 16 of the Counterclaim.

## COUNT I

17. Plaintiffs state that no response is required as to paragraph 17 of the Counterclaim.

18. Plaintiffs deny the allegations in paragraph 18 of the Counterclaim.

19. Plaintiffs deny the allegations in paragraph 19 of the Counterclaim.

2

20. Plaintiffs deny the allegations in paragraph 20 of the Counterclaim.

21. Plaintiffs admit the allegations in paragraph 21 of the Counterclaim.

### FIRST AFFIRMATIVE DEFENSE

The Counterclaim for Declaratory Relief fails to state a cause of action because the Defendant/Counter-Plaintiff does not allege a right to the property at issue and instead alleges in paragraph 19 that Jeremy Greenidge and not the Defendant/Counter-Plaintiff owns the domain name "America.com".

### SECOND AFFIRMATIVE DEFENSE

Defendant/Counter-Plaintiff's cause of action is barred by the doctrine of unclean hands.

### THIRD AFFIRMATIVE DEFENSE

Defendant/Counter-Plaintiff's cause of action is barred by the doctrine of equitable estoppel.

**WHEREFORE** Plaintiffs, having responded to Defendant America Dot Com, Inc.'s Counterclaim, pray that same be dismissed with prejudice and Plaintiffs be awarded reasonable costs and fees in the action.

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served by facsimile and mail upon William E. Davis, Esq., Buchanan Ingersoll, P.C., 2100 Nationsbank Tower, 100 SE 2nd Street, Miami, FL 33131 on June 19th, 2000.

          LAW OFFICES OF JOHN C. RAYSON
          2400 East Oakland Park Blvd.
          Fort Lauderdale, FL 33306
          (954) 566-8855
          (954) 566-8902 (facsimile)

          By: _____
          John C. Rayson, Esq.
          Florida Bar No. 204153

4