UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
a Florida corporation and
GEORGE KUHN, individually,

    Plaintiffs,

vs.

**O R D E R**

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
Corporation and GREATDOMAINS.COM,
a California corporation

    Defendants.
_____/



THIS MATTER is before the Court upon the Defendant, America Dot Com, Inc.'s Motion To Dismiss And Incorporated Memorandum of Law (DE 14). The Court has carefully considered the merits of said Motion and the entire Court file herein, and is otherwise fully advised in the premises.

On June 5, 2000, the Defendant filed the aforementioned Motion To Dismiss (DE 14). Pursuant to the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida, the Plaintiffs were required to respond to said Motion within ten days after service. Local Rule 7.1 provides:

> **C. Memoranda of Law.** Each party opposing a motion shall serve an opposing memorandum of law not later than ten days after service of the motion as computed in the Federal Rule of Civil Procedure. Failure to do so may be deemed sufficient cause for granting the motion by default.

The Court has carefully reviewed the entire Court file herein

and notes that no response has yet been filed by the Plaintiffs in response to the Defendant's aforementioned Motion To Dismiss (DE 14).

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that on or before <u>Friday, June 30, 2000</u>, the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, shall file with the Clerk of this Court an opposing Memorandum of Law in response to the Defendant's aforementioned Motion To Dismiss (DE 14). Upon the failure of the Plaintiffs to comply with the provisions of this Order, the Court may grant the Defendant's aforementioned Motion (DE 14) without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of June, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

John C. Rayson, Esq.
For Plaintiff

William Davis, Esq.
For Defendant America Dot Com, Inc.

Lisa Gallerano, Esq.
For Defendant Greatdomains.Com

Jeremy Greenidge
Rices House
Saint Phillip
Barbados
and
16 Spry Street
Bridgetown, Barbados