```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 00-6172-CIV-ZLOCH
```



FILED by ____ D.C.
JUL 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

PSS INTERNET SERIVCES, INC.,
a Florida corporation and
GEORGE KUHN individually,

    Plaintiffs,

vs.                                    **ORDER TO SHOW CAUSE**

JEREMY GREENIDGE individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
corporation, and GREATDOMAINS.COM,
INC., a California corporation,

    Defendants.
_____/

    THIS MATTER came before the Court sua sponte, there having been no activity in this cause since March 9, 2000 as to the Defendant, Greatdomains.Com, Inc.  Therefore, it is hereby

    **ORDERED AND ADJUDGED** that the Plaintiffs, PSS Internet Serivces, Inc. and George Kuhn, shall file in the office of the Clerk of the Court, Fort Lauderdale Division, at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and show cause to this Court on or before ten (10) calendar days from the date of this Order, why the Plaintiffs' Complaint as to the above-named Defendant should not be dismissed for lack of



prosecution, pursuant to Rule 41.1 of the Local Rules of the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of July, 2000.

```
                    _____
                    WILLIAM J. ZLOCH
                    Chief United States District Judge
```

Copies furnished:

John Rayson, Esq.
For Plaintiffs

William Davis, Esq.
For Defendant Greatdomains.Com

Lisa Gallerano, Esq.
For Defendant Greatdomains.Com, Inc.

Jeremy Greenidge
Rices House
Saint Phillip
Barbados
and
16 Spry Street
Bridgetown, Barbados
Defendant Pro Se