UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH



PSS INTERNET SERIVCES, INC.,
a Florida corporation and
GEORGE KUHN individually,

    Plaintiffs,

vs.

JEREMY GREENIDGE individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
corporation, and GREATDOMAINS.COM,
INC., a California corporation,

    Defendants.
_____/

**ORDER TO SHOW CAUSE**

    THIS MATTER is before the Court, sua sponte. The Court's review of the court file reveals that the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, have failed to effect service of the Complaint upon the Defendant, Jeremy Greenidge. The Court calls the Plaintiffs' attention to Federal Rule of Civil Procedure 4(m), which states that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

    Therefore, it is

    **ORDERED AND ADJUDGED** that the Plaintiffs shall file on or before ten (10) calendar days from the date of this Order, a Memorandum showing good cause for the failure to effect service of

process or otherwise showing compliance with Federal Rule of Civil Procedure 4(m), or shall file a voluntary dismissal of the aforementioned Defendant, Jeremy Greenidge, within the foregoing time period. Failure of the Plaintiffs to timely file the aforementioned memorandum will result in dismissal of the above-named Defendant without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of July, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John Rayson, Esq.
For Plaintiffs

William Davis, Esq.
For Defendant Greatdomains.Com

Lisa Gallerano, Esq.
For Defendant Greatdomains.Com, Inc.

Jeremy Greenidge
Rices House
Saint Phillip
Barbados
and
16 Spry Street
Bridgetown, Barbados
Defendant Pro Se

2