UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
a Florida corporation and
GEORGE KUHN, individually,

    Plaintiff,

vs.

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
Corporation and GREATDOMAINS.COM,
INC., a California corporation,

    Defendants.
_____/

**AMENDED ORDER TO SHOW CAUSE**

FILED by _____ D.C.

JUL 1 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court sua sponte and upon the Court's previously entered Order To Show Cause (DE 19) having been returned for an improperly addressed envelope which is attached hereto.  The Court's review of the court file reveals that the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, have failed to effect service of the Complaint upon the Defendant, Jeremy Greenidge.  The Court calls the Plaintiffs' attention to Federal Rule of Civil Procedure 4(m), which states that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

    Therefore, it is

    **ORDERED AND ADJUDGED** that the Plaintiffs shall file on or



before ten (10) calendar days from the date of this Order, a Memorandum showing good cause for the failure to effect service of process or otherwise showing compliance with Federal Rule of Civil Procedure 4(m), or shall file a voluntary dismissal of the aforementioned Defendant within the foregoing time period. Failure of the Plaintiffs to timely file the aforementioned memorandum will result in dismissal of the above-named Defendant without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _____ day of July, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copy furnished:

John Rayson, Esq.
For Plaintiff

William Davis, Esq.
For Defendant America Dot Com, Inc.

Lisa Gallerano, Esq.
For Defendant Greatdomains.Com

Jeremy Greenidge
Rices House
Saint Phillip Barbados
and
16 Spry Street
Bridgetown, Barbados
Defendant

2

