UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
a Florida corporation and
GEORGE KUHN, individually,

    Plaintiff,

vs.      **AMENDED ORDER TO SHOW CAUSE**

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
Corporation and GREATDOMAINS.COM,
INC., a California corporation,

    Defendants.
_____/

    THIS MATTER came before the Court sua sponte, there having been no activity in this cause since March 9, 2000 as to the Defendant, Greatdomains.Com, Inc., and the Court's previously entered Order To Show Cause (DE 18) having been returned for an improperly addressed envelope which is attached hereto. Therefore, it is hereby

    **ORDERED AND ADJUDGED** that the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, shall file in the office of the Clerk of the Court, Fort Lauderdale Division, at the United States Courthouse, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301, and show cause to this Court on or before ten (10) calendar days from the date of this Order, why the Plaintiffs' Complaint as to the above-named Defendant should not be dismissed for lack of



prosecution, pursuant to Rule 41.1 of the Local Rules of the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___17th___ day of July, 2000.

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　WILLIAM J. ZLOCH
　　　　　　　　　　　　　Chief United States District Judge

Copies furnished:

John Rayson, Esq.
For Plaintiff

William Davis, Esq.
For Defendant America Dot Com, Inc.

Lisa Gallerano, Esq.
For Defendant Greatdomains.Com

Jeremy Greenidge
Rices House
Saint Phillip Barbados
and
16 Spry Street
Bridgetown, Barbados
Defendant

