UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH/SELTZER

PSS INTERNET SERVICES, INC., a Florida
corporation and GEORGE KUHN individually,

   Plaintiffs,

vs.

JEREMY GREENIDGE individually,
AMERICA DOT COM, INC., a Tortola, B.V. I.
corporation, and GREATDOMAINS.COM, INC.,
a California corporation,

   Defendants.
_____/

## PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE OF PROCESS AND INCORPORATED MEMORANDUM IN RESPONSE TO AMENDED ORDER TO SHOW CAUSE FOR FAILURE TO EFFECT SERVICE UPON DEFENDANT JEREMY GREENIDGE

Plaintiffs PSS INTERNET SERVICES, INC., a Florida corporation, and GEORGE

KUHN individually ("Plaintiffs"), by and through undersigned counsel, hereby move this

Honorable Court to extend the time for service of process upon Defendant Jeremy Greenidge

("GREENIDGE") and, in addition, respond to this Court's Amended Order to Show Cause for

failure to effect service upon GREENIDGE and state as follows:

1. Plaintiffs filed their Complaint on February 2, 2000 and immediately mailed to each

defendant the Complaint, Summons, and a request for "Waiver of Service of Summons",

including a notice of "Duty to Avoid Unnecessary Costs of Service of Summons".

1

2. Defendants AMERICA DOT COM, INC. and GREENIDGE failed to execute and return said waivers and, thus, Plaintiffs proceeded to serve those defendants pursuant to the Hague Service Convention as those defendants reside in Tortola and Barbados, respectively.

3. Plaintiffs hired Crowe Foreign Services, Inc. to serve the defendants abroad. The Affidavit of Celeste Ingalls, attached hereto and incorporated herein as Exhibit "A", explains in detail the steps taken thus far by Crowe Foreign Services, Inc. to effect service upon GREENIDGE.[1]

4. According to Exhibit "A", service of process in Barbados averages four months and may exceed seven months. Service is now in progress and cannot be expedited or controlled by Plaintiffs.

5. Although time consuming, service of process pursuant to the Hague Service Convention is necessary because GREENIDGE did not respond to Plaintiffs' request to waive formal service.

6. Granting this motion will not prejudice GREENIDGE since he is the president of the corporate defendant AMERICA DOT COM, INC., who has filed a Counterclaim in this action seeking a declaratory judgment.

## MEMORANDUM

7. Federal Rule of Civil Procedure 4(f)(1) addresses service of process upon individual defendants in a foreign country and specifically requires that service be effected by an internationally agreed means such as the Hague Convention on the Service Abroad of Judicial

---

[1] Defendant AMERICA DOT COM, INC. hired local counsel, accepted service and filed its Answer. Thus, this motion only addresses service upon GREENIDGE.

2

and Extrajudicial Documents.

8. Federal Rule of Civil Procedure 4(m) sets a 120 day time limit for service, but specifically exempts "service in a foreign country pursuant to subdivision (f) or (j)(1)." In this case, Plaintiffs have initiated service upon GREENIDGE in Barbados pursuant to subdivision (f) and should not be restricted by the 120 day time limit.

WHEREFORE Plaintiffs, having responded to this Court's Amended Order to Show Cause, respectfully request that this Court grant Plaintiffs' Motion to Extend Time For Service of Process and enter the enclosed proposed Order.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by mail upon Jeremy Greenidge, Rices House, Sainte Philip, Barbados and 16 Spry Street, Bridgetown, Barbados; Lisa Gallerano, Esq., Akin, Gump et al, 1700 Pacific Avenue, Suite 4100, Dallas, TX 75201; and William E. Davis, Esq., Buchanan Ingersoll, P.C., 2100 Nationsbank Tower, 100 SE 2nd Street, Miami; FL 33131 on July ___, 2000.

LAW OFFICES OF JOHN C. RAYSON
2400 East Oakland Park Blvd.
Fort Lauderdale, Florida 33306
(954)566-8855
(954)566-8902 facsimile

By: _____
John C. Rayson, Esq.
Florida Bar No. 204153

3

## AFFIDAVIT OF CELESTE INGALLS

**COURT:** UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA

**CAPTION:** **PSS INTERNET SERVICES, INC., et al, Plaintiffs**
v.
**JEREMY GREENIDGE, et al, Defendants**

**CASE NO.:** 00-6172   CIV-ZLOCH

OREGON            )
                  ) ss.
County of Multnomah )

I declare that I, Celeste Ingalls, am a citizen of Oregon, over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1. I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and that I specialize in the service of civil process in foreign countries; and
2. The United States and United Kingdom, which includes British Virgin Islands, are both signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 16, 1965, (Hague Service Convention); and
3. In accordance with Federal Rules of Civil Procedure, Rule 4 (1) (a), service outside the United States shall be subject to the provisions of the Hague Service Convention; and
4. On April 12, 2000, I forwarded to the Central Authority in Bridgetown, Barbados, the Summons, and Verified Complaint, to be served upon **Jeremy Greenidge**, in accordance with the Hague Service Convention; and
5. I have requested assistance from the US Consular Officer for the US Embassy in Bridgetown, Barbados and was informed that the documents were received by the central authority, however, there is no information available at this time regarding the status of the service to be made upon Jeremy Greenidge; and
6. To date, there has been no other response from the central authority, or the US Embassy in Bridgetown, regarding this service; and
7. The Hague Service Convention does not impose an obligatory time frame; and
8. In February of this year, I forwarded 4 sets of documents in 4 other United States cases that are also not yet served; and
9. It has been my continuous experience that the **average** turnaround time for effected service in the Barbados under the Hague Service Convention is 4 months, **but service has occasionally exceeded 7 months**.

_Celeste Ingalls_

SUBSCRIBED AND SWORN to before me this 21st day of July 2000.



OFFICIAL SEAL
HEATHER WHITMAN
NOTARY PUBLIC - OREGON
COMMISSION NO. 314348
MY COMMISSION EXPIRES JULY 12, 2002

Notary Public for Oregon

EXHIBIT "A"