UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH/SELTZER

PSS INTERNET SERVICES, INC., a Florida
corporation and GEORGE KUHN individually,

    Plaintiffs,

vs.

JEREMY GREENIDGE individually,
AMERICA DOT COM, INC., a Tortola, B.V. I.
corporation, and GREATDOMAINS.COM, INC.,
a California corporation,

    Defendants.
_____/



## NOTICE OF VOLUNTARY DISMISSAL
## AS TO DEFENDANT GREATDOMAINS.COM, INC.

Plaintiffs PSS INTERNET SERVICES, INC., a Florida corporation, and GEORGE

KUHN individually, by and through undersigned counsel and pursuant to Federal Rule of Civil

Procedure 41(a)(1), hereby voluntarily dismiss without prejudice the above-styled action as

against defendant GREATDOMAINS.COM, INC. only.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by

mail upon Jeremy Greenidge, Rices House, Sainte Philip, Barbados and 16 Spry Street,

Bridgetown, Barbados; Lisa Gallerano, Esq., Akin, Gump et al, 1700 Pacific Avenue, Suite 4100,

Dallas, TX 75201; and William E. Davis, Esq., Buchanan Ingersoll, P.C., 2100 Nationsbank

1

Tower, 100 SE 2nd Street, Miami; FL 33131 on July 26, 2000.

           LAW OFFICES OF JOHN C. RAYSON
           2400 East Oakland Park Blvd.
           Fort Lauderdale, Florida 33306
           (954)566-8855
           (954)566-8902 facsimile

           By: _____
              John C. Rayson, Esq.
              Florida Bar No. 204153

2