UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
etc., et al.,

    Plaintiffs,

vs.                                **O R D E R**

JERMEY GREENIDGE, etc., et al.,

    Defendants.
_____/



    THIS MATTER is before the Court sua sponte and upon the Plaintiffs, PSS Internet Services, Inc. and George Kuhn's Motion To Extend Time For Service Of Process And Incorporated Memorandum Of Law In Response To Amended Order To Show Cause For Failure To Effect Service Upon Defendant Jeremy Greenidge, bearing file stamp of the Clerk of this Court dated July 27, 2000.  The Court has reviewed said Motion and Memorandum and the entire court file and is otherwise fully advised in the premises.

    The Court's review of the court file reveals that the Plaintiffs have failed to effect service of the Complaint upon the Defendant, Jeremy Greenidge.  Upon Order To Show Cause (DE 20) dated July 17, 2000, this Court Ordered the Plaintiffs to show good cause for the failure to effect service of process pursuant to Federal Rule of Civil Procedure 4(m).  On July 27, 2000, the Plaintiffs filed the aforementioned Motion and Memorandum, citing the their difficulty in serving said Defendant in Barbados pursuant to the Hague Service Convention.  Therefore, the Plaintiffs have requested an extension of time to effect service.

    The Court notes that Federal Rule of Civil Procedure 4(m)



states that "[t]his subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1)." Fed.R.Civ.P. 4(m). The Court, however, further notes that the Plaintiffs have had over 120 days in which to obtain service upon the foreign Defendant.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that on or before October 12, 2000, the Plaintiffs shall effect service upon the Defendant, Jeremy Greenidge, and shall immediately file proof of such service with the Clerk of this Court, or shall file a voluntary dismissal of the aforementioned Defendant within the foregoing time period. Failure of the Plaintiffs to timely file the aforementioned proof of service will result in dismissal of the above-named Defendant, without prejudice and without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of July, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John Rayson, Esq.
For Plaintiff

William Davis, Esq.
For Defendant America Dot Com, Inc.

Lisa Gallerano, Esq.
For Defendant Greatdomains.Com

Jeremy Greenidge,
Rices House
Saint Phillip Barbados
and
16 Spry Street
Bridgetown, Barbados
Defendant