UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH

JUL 28 2000

PSS INTERNET SERVICES, INC., a Florida corporation and GEORGE KUHN, individually,

Plaintiffs,

vs.

JEREMY GREENIDGE, individually, AMERICA DOT COM, INC., a Tortola, British Virgin Islands Corporation and GREATDOMAINS.COM, a California corporation,

Defendants
_______________________________/

**FINAL ORDER OF DISMISSAL AS TO GREATDOMAINS.COM, INC., ONLY**

THIS MATTER is before the Court upon the Plaintiffs, PSS Internet Services, Inc. and George Kuhn's Notice Of Voluntary Dismissal As To Defendant Greatdomains.Com, Inc., bearing file stamp of the Clerk of this Court dated July 27, 2000. The Court having carefully reviewed said Notice and the entire Court file herein, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiffs, PSS Internet Services, Inc. and George Kuhn's aforementioned Notice Of Voluntary Dismissal As To Defendant Greatdomains.Com, Inc. be and the same is hereby approved, adopted, and ratified by the Court; and



2. The Defendant, Greatdomains.Com, Inc., is hereby **DISMISSED**, without prejudice, from the above-styled cause.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 28th day of July, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John Rayson, Esq.
For Plaintiff

William Davis, Esq.
For Defendant America Dot Com, Inc.

Lisa Gallerano, Esq.
For Defendant Greatdomains.Com

Jeremy Greenidge
Rices House
Saint Phillip Barbados
and
16 Spry Street
Bridgetown, Barbados
Defendant