UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC,
a Florida corporation and
GEORGE KUHN, individually,

    Plaintiffs,

v.

JEREMY GREENIDGE, individually
and AMERICA DOT COM, INC.,
a Tortola, British Virgin Islands
corporation,

    Defendants.
_____/



## PLAINTIFFS' ANSWER TO DEFENDANT JEREMY GREENIDGE'S COUNTERCLAIM FOR DECLARATORY RELIEF

Plaintiffs/Counter-Defendants, PSS INTERNET SERVICES, INC. and GEORGE KUHN (collectively referred to as "Plaintiffs"), by and through undersigned counsel, hereby answer Defendant JEREMY GREENIDGE's ("GREENIDGE") Counterclaim For Declaratory Relief and state as follows:

1. Plaintiffs admit paragraph 1 of the Counterclaim.

2. Plaintiffs admit paragraph 2 of the Counterclaim.

3. Plaintiffs admit paragraph 3 of the Counterclaim.

4. Plaintiffs admit that PSS is a Florida corporation, but deny the remaining allegations of paragraph 4 of the Counterclaim.

5. (There is no paragraph 5 of the Counterclaim).

1

6. Plaintiffs are without knowledge of the allegations in paragraph 6 of the Counterclaim.

7. Plaintiffs deny paragraph 7 of the Counterclaim.

8. Plaintiffs are without knowledge of the allegations in paragraph 8 of the Counterclaim.

9. Plaintiffs deny paragraph 9 of the Counterclaim.

10. Plaintiffs are without knowledge of the allegations in paragraph 10 of the Counterclaim.

11. Plaintiffs deny paragraph 11 of the Counterclaim.

12. Plaintiffs deny paragraph 12 of the Counterclaim.

13. Plaintiffs admit that George Kuhn became a minority shareholder of PSS, but deny the remaining allegations of paragraph 13 of the Counterclaim.

14. Plaintiffs admit paragraph 14 of the Counterclaim.

15. Plaintiffs deny paragraph 15 of the Counterclaim.

16. Plaintiffs deny paragraph 16 of the Counterclaim.

17. Plaintiffs deny paragraph 17 of the Counterclaim.

18. Plaintiffs admit that in November of 1999, GREENIDGE transferred the registration of "America.com" from PSS to America Dot Com, but deny that GREENIDGE was the owner of the domain name.

19. Plaintiffs admit paragraph 19 of the Counterclaim.

20. Plaintiffs admit paragraph 20 of the Counterclaim.

21. Plaintiffs deny paragraph 21 of the Counterclaim.

22. Plaintiffs deny paragraph 22 of the Counterclaim.

23. Plaintiffs deny paragraph 23 of the Counterclaim.

24. Plaintiffs admit paragraph 24 of the Counterclaim.

LAW OFFICES OF JOHN C. RAYSON • 2400 E. OAKLAND PARK BLVD. • FT. LAUDERDALE, FL 33306 • PHONE: (954) 566-8855

### FIRST AFFIRMATIVE DEFENSE

The Defendant/Counter-Plaintiff's cause of action is barred by the doctrine of unclean hands.

### SECOND AFFIRMATIVE DEFENSE

The Defendant/Counter-Plaintiff's cause of action is barred by the doctrine of equitable estoppel.

### THIRD AFFIRMATIVE DEFENSE

The Defendant/Counter-Plaintiff's cause of action is barred by the Statute of Frauds.

**WHEREFORE** Plaintiffs, having responded to Defendant Jeremy Greenidge's Counterclaim, pray that same be dismissed with prejudice and Plaintiffs be awarded reasonable costs and fees in the action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by mail upon William E. Davis, Esq., Buchanan Ingersoll, P.C., 2100 Bank of America Tower, 100 SE 2nd Street, Miami, Florida 33131 on October **12**, 2000.

LAW OFFICES OF JOHN C. RAYSON
2400 East Oakland Park Blvd.
Fort Lauderdale, Florida 33306
(954) 566-8855
(954) 566-8902 Fax
Rayson2000@aol.com E-mail

By: _Thomas P. Moss_

Thomas P. Moss
Florida Bar No: 153923

3