

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PSS INTERNET SERVICES, INC.  CASE NO.: 00-6172-CIV-ZLOCH
A Florida corporation and
GEORGE KUHN, individually,

    Plaintiffs,

v.

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
Corporation and GREATDOMAINS.COM,
INC., a California corporation,

    Defendants.

### NOTICE OF STIPULATION OF MEDIATOR

Pursuant to the Order of Referral to Mediation entered by this Court on November 21, 2000, the parties have mutually agreed upon the designation of the following Mediator to conduct the Mediation Conference for this cause.

    NAME:    Laurie Riemer, Esq.

    ADDRESS:    20143 N.E. 19th Place
                     N. Miami Beach, Florida 33179

    TELEPHONE NO.:    305-932-2200

In accordance with the Order of Referral, this mediator is designated to mediate without further Order of Court.

_____      _____ 12600
John Rayson                                William E. Davis               Date
Florida Bar No. 204453                  Florida Bar No. 191680
Tom Moss                                     Jill A. Cook-Edwards
Florida Bar No. 0153923                Florida Bar No. 115411
Law Offices of John C. Rayson, Second Floor,    BUCHANAN INGERSOLL P.C.
2400 East Oakland Park Boulevard, Fort        ATTORNEYS FOR DEFENDANT
Lauderdale, FL 33306                         2100 NationsBank Tower
                                                  100 Southeast Second St.
12-6-00                                                 Miami, FL 33131
                                                  (305) 347-4080 Phone
                                                  (305) 347-4089 Facsimile