UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
a Florida corporation and
GEORGE KUHN, individually,

      Plaintiffs,

v.

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
Corporation and GREATDOMAINS.COM,
INC., a California corporation,

      Defendants.

_____/



## NOTICE OF FILING

Defendants, America Dot Com, Inc., and Jeremy Greenidge, hereby give notice of filing

the following documents in support of their Motion for Summary Judgment:

    1.    PSS Internet Service Inc.'s By-Laws.



CASE NO.: 00-6172-CIV-ZLOCH

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true copy of the foregoing was mailed this __15__ day of

August, 2001 to: John C. Rayson, Esq., Law Offices of John C. Rayson, Second Floor, 2400

East Oakland Park Boulevard, Fort Lauderdale, FL 33306.

BUCHANAN INGERSOLL, P.C.
Attorneys for Greenidge
2100 BANK OF AMERICA TOWER
100 SOUTHEAST SECOND STREET
Miami, Florida 33131
(305) 347-4080
FAX: 347-4089

WILLIAM E. DAVIS, ESQ.
Florida Bar No.: 191680
JILL A. COOK-EDWARDS, ESQ.
Florida Bar No.: 0115411

72071

2

# WORK SHEET FOR MINUTES AND BY-LAWS

**PAGE**                                                                                                    **FILL IN**

M - 1 .................................................................Corporate Name - Place Date, Time of Meeting - Date and Signature (s).

M - 2 ...............................................Place, Date, Time of Meeting - Persons Present - Names of Officers - Term of Election

M - 3 ........................................................................................Seal Imprint - Name of Counsel - Bank Name and Address

M - 4 .... Names of Directors - Names of Initial Subscribers - Forthcoming purchaser of Corporate Stock - Data Re: Stock Purchase

M - 5 ...........................................................................................Par Value - Dates and Signature (s) - Documents appended

> Appendix 1, 2, 3 and 4 are each an insert of actual document itself.
> Blank sheets are not provided. Insert original documents following Minutes.
> If there is an Organizational Meeting of Directors, discard pages L1-L2 and pages S1-S2.

L - 1 ............................................................................................................................Dates - Names of Officers - Seal Imprint

L - 2 .................................................Consideration ($) - Bank Name and Address - Name of Counsel - Signature

> If Organization of Corporation is to be by written request, ratified by Directors rather than by meeting,
> discard pages M1 thru M5 and S1 - S2. Insert documents indexed as Appendix 1, 2, 3.

S - 1 .............Corporate Name - Date of Meeting - Name of Individual or entity requesting the formation of the Corporation
.............Same for Assignments.

S - 2 ......................................Bank Name and Address - Name of Counsel - Date and Signature (s) - Documents appended.

> If Corporation has only one subscriber and director, discard pages M1-M5 and L1 - L2.
> Insert documents indexed as Appendix 1, 2, 3.

B - 1 ........................................................................................................................................Address - Date of Meeting

B - 2 ...........................................................................................................Number of Directors - Corporate Name

B - 3 .............................................................................................................................................Number of Directors

B - 4,5,6 ...................................................................................................................................................Nothing to fill in.

B - 7 ...................................................................................................................................Month starting Fiscal Year

A thru J  SELF EXPLANATORY SAMPLE FORMS

aa thru ii  SELF EXPLANATORY PROGRAMS FOR TAX BENEFIT

*THIS WORKSHEET IS INTENDED AS A PREPARATION AID ONLY*
*AND SHOULD BE DISCARDED AFTER USE!!*

# INDEX

SUBJECT

## MINUTES

Waiver of Notice of Organizational Meeting of Corporation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   M1

Minutes of Organizational Meeting of Incorporators and Directors of Corporation . . . . . . . . .   M2-M5

Consent to Action Taken in Lieu of Organization Meeting
of Incorporators  Named in Articles of Incorporation. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   L1-L2

Minutes for Organizational Meeting of Sole Subscriber and Director of Corporation  . . . . . . . .   S1-S2

## APPENDIXES

Articles of Incorporation *(insert original document)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   App. 1

Specimen Certificate of Shares *(insert original document)* . . . . . . . . . . . . . . . . . . . . . . . . . . . .   App. 2

Resolution Designating Depository of Funds *(insert original document)* . . . . . . . . . . . . . . . . .   App. 3

Waiver of Notice of Meeting *(use M-1)*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   App. 4

*(Original documents should follow page M - 5)*

## BY LAWS

By-Laws. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   B1-B8

## SAMPLE FORMS

Assignment of Subscription. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (a)

Resignation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (b)

Proxy. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (c)

Waiver of Notice of Special Meeting of Board of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (d)

Minutes of Special Meeting of Board of Directors. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (e)

Notice of Annual Meeting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (f)

Affidavit of Mailing of Notice of Annual Meeting. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (f)

Minutes of Annual Meeting . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (g)-(h)

Notice of Regular Meeting of Board of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (i)

Minutes of Regular Meeting of Board of Directors . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (j)

## TAX CONSIDERATION

The following tax programs have been included for informational purposes
only. The outlined tax programs have frequently been associated with corporate
planning, but it is strongly recommended that a complete in-depth study be
made by yourself and/or reviewing the programs with a qualified counsel prior
to electing any and all of the tax programs.

Section 1244 of the Internal Revenue Code . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (aa)-(bb)

Offer to Sell Stock Pursuant to Sec. 1244 of I.R.C. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (cc)

Offer to Purchase Stock. . . . . . . . . . . . . . . . . . .   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (cc)

Analysis of Tax-Option (Subchapter S) Election . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (dd)-(ee)

Medical Care Reimbursement Plan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   (ff)-(gg)-(hh)-(ii)

### WAIVER OF NOTICE OF ORGANIZATION MEETING

### OF DIRECTORS AND INCORPORATORS

OF

_____

We, the undersigned, being all of the Directors and Incorporators named in the Articles of Incorporation of the above-described corporation, do hereby waive all notice of the Organization Meeting of the above-described Corporation. We further hereby agree and consent that the Organization Meeting of the Board of Directors be held on the date and at the time and place stated below for the purpose of adopting by-laws, electing officers and transacting such other business as may come before the meeting.

Place of meeting:

Date of meeting:

Time of meeting:

DATED:_____        _____
                                            Director/Incorporator

                                            _____
                                            Director/Incorporator

                                            _____
                                            Director/Incorporator

M1

## MINUTES OF ORGANIZATION MEETING OF

### INCORPORATORS AND DIRECTORS

OF

_____

     The organization meeting of the Incorporators and Directors named in the Articles of Incorporation of the above-described corporation, was held at

on the       day of             , 19    , at    o'clock    .M.
                           an Incorporator, named in the
Articles of Incorporation, called the meeting to order.
                       was nominated and elected Chairman
and acted as such until relieved by the President.
                       was    nominated   and   elected
temporary Secretary, and acted as such until relieved by the permanent
Secretary.
     The Secretary then called the roll and found that the following
Incorporators and Directors named in the Articles of Incorporation were
present in person:

_____

_____

_____

     The Secretary then presented and read to the meeting a Waiver
of Notice of Meeting, subscribed to by all the Directors of the
Corporation, and it was ordered that it be appended to the Minutes of this
meeting.
     The Secretary then presented and read to the meeting a copy of
the Articles of Incorporation of the Corporation and reported that on the
    day of          ,19    , the original thereof was duly filed by
the office of the Secretary of State of the State of Florida.
     Upon motion duly made, seconded and carried, it was
     RESOLVED, that said report be adopted and the Secretary is
directed to append to these minutes a copy of the Articles of
Incorporation.
     The following were duly nominated and, a vote having been
taken, were elected officers of the Corporation to serve for a period of
_____ years and until such time as their successors are duly elected and
qualified:

Chairman:

President:

Vice President:

Secretary:

Treasurer:

**M2**

The President and Secretary thereupon assumed their respective offices in place and stead of the temporary Chairman and the temporary Secretary.

The President presented and read, Article by Article, the proposed By-Laws for the conduct and regulation of the business and affairs of the Corporation as prepared by
counsel for the Corporation.

Upon motion duly made, seconded and carried, they were adopted and in all respects, ratified, confirmed and approved, as and for the By-Laws of this Corporation.

The Secretary was directed to cause them to be inserted in the Minutes Book of the Corporation.

Upon motion duly made, seconded and carried, it was

RESOLVED, that the seal now
presented at this meeting, an impression
of which is directed to be made in the
margin of the minute book, be and the
same hereby is adopted as the Seal of this
Corporation, and further

RESOLVED, that the President and Treasurer be and they hereby are authorized to issue certificates for shares in the form as submitted to this meeting and appended to the minutes of this meeting, and further

RESOLVED, that the share and transfer book now presented at this meeting be and the same hereby is adopted as the share and transfer book of the Corporation. The Secretary was directed to attach a form of stock certificate to these Minutes.

Upon motion duly made, seconded and carried it was

RESOLVED, that the Treasurer be and hereby is authorized to open a bank account in behalf of the corporation with

located at
and a resolution for that purpose on the printed form of said bank was adopted and was ordered appended to the minutes of this meeting.

RESOLVED, that the Treasurer was directed to pay in full, from the corporate funds, the expenses of organizing the Corporation, approval for payment being given to the statement for professional services rendered by
counsel for the Corporation.

The Directors named in the Articles of Incorporation then tendered their resignations, effective upon the adjournment of this meeting. Upon motion duly made, seconded and adopted, said resignations were accepted and ordered spread upon the Minutes.

M3

named persons were erected as Directors, of the Corporation each to hold
office until the first annual meeting of Shareholders, and until a
successor of each shall have been elected and qualified.

---

---

---

The Chairman then stated that

the subscriber(s) to the stock of the Corporation have submitted to the
Corporation and executed assignment of all rights to subscribe to the
capital stock of the Corporation in favor of

Upon motion duly made and seconded, it was
RESOLVED, that the Board of Directors finds that the assignment
of subscription is in proper form and that it shall be accepted by the
Board of this Corporation as submitted.

There was presented, to the Corporation, the following offer(s)
to purchase shares of capital stock:

| FROM | NO. OF SHARES | CONSIDERATION |
|------|---------------|---------------|

RESOLVED, that the Board of this Corporation has determined that the consideration offered was of value of at least equal to the full value of the stock to be issued therefor; that each such offer be therefor accepted and that upon delivery, in full, to the Corporation of the consideration offered, then an appropriate stock certificate be issued in favor of each offeror as soon as possible to reflect ownership of the shares so purchased and that each offeror thereupon constitute the stockholders of this Corporation.

FURTHER RESOLVED, that the signing of these minutes shall constitute full ratification thereof and waiver of notice of the meeting by the signatories.

There being no further business before the meeting, on motion duly made, seconded and carried, the meeting adjourned.

DATED:

_____

_____    _____

_____    Chairman

_____

_____    _____

_____    Secretary

A true copy of each of the following papers referred to in the foregoing Minutes is appended hereto.

Waiver of Notice of Meeting
Articles of Incorporation
By-Laws
Specimen Certificate of Shares
Resolution Designating Depository of Funds

OF ORGANIZATION MEETING OF INCORPORATORS

NAMED IN THE ARTICLES OF INCORPORATION

OF

_____

The undersigned being the Incorporators and Directors in the Articles of Incorporation of the above Corporation, hereby consent to and ratify the action taken to organize the Corporation as hereafter stated:
The Articles of Incorporation filed on
19    , with the Secretary of State of the State of Florida were approved and inserted in the record book of the Corporation, together with the Receipt from the Secretary of State, evidencing same.
The persons whose names appear below were appointed Officers of the Corporation to serve for a period of one year and until their successors are appointed or elected and shall qualify:

Chairman:

President:

Vice President:

Secretary:

Treasurer:

A set of proposed By-Laws, regulating the conduct of the business and affairs of the Corporation as prepared by

counsel for the Corporation, has been reviewed in its entirety and were adopted and inserted in the record book

The seal, an impression of which appears in the margin of this consent was adopted as the Corporate Seal of the Corporation, and the specimen of certificates for shares in the form exhibited and inserted in the record book was adopted as the corporate stock certificate.

L1

The President and Treasurer were authorized to issue the stock certificates in the form adopted and attached hereto for the consideration of

The Treasurer was authorized to open a bank account with

located at
and a Resolution for that purpose on the printed form of said bank was adopted and inserted in the record book.

The appropriate Officers of the Corporation are authorized to pay, in full, from the Corporate funds, the expense of organizing the Corporation approval for payment being given to the statement for professional services rendered by

counsel for the Corporation.

_____
Incorporator/Director

_____
Incorporator/Director

_____
Incorporator/Director

A true copy of each of the foregoing papers referred to in the foregoing is appended hereto.

Articles of Incorporation
By-Laws
Specimen Certificate of Shares
Resolution Designating Depository of Funds

MINUTES FOR ORGANIZATIONAL MEETING OF

SOLE SUBSCRIBER AND DIRECTOR

OF

_____

        The organizational meeting of the above Corporation, a Corporation formed under the laws of the State of Florida, was held on the day of      , 19   , PRESENT WAS

the sole subscriber to the Articles of Incorporation and the sole Director named in the Articles of Incorporation.
        The Subscriber stated that the Articles of Incorporation filed with the office of the Secretary of State on the      day   of
   was subscribed at the request of

and therefore all of the subscriber's right, title and interest in the Corporation was thereupon assigned by the said Subscriber to

Attached hereto is a copy of the Articles of Incorporation filed with the Secretary of State and an acknowledgment from the Secretary of State of such filing.
        The Directors adopted the attached By-Laws as the By-Laws of the Corporation.
        The Director stated that he would authorize from time to time the issuance of the capital stock of the Corporation and the amount thereof, and will determine whether to accept in payment therefor, money, property, labor or services as may be necessary for the use and lawful purpose of the Corporation.
        The Director then designated the following as officers of the Corporation:

President:

Vice President:

Secretary:

Treasurer:

The Director adopted as the Certificate of Stock of the Corporation that which is attached and as the seal of the Corporation that which is impressed on the attached sample Certificate of Stock.
The Director then instructed the Officers to open an account with

and adopted the attached resolution to pay from the corporate funds the expense of organizing the Corporation, approval for payment being given to the statement of counsel for the Corporation,

Attorney at Law.
The Corporation thereupon having been fully organized, the Director adjourned the meeting.
DATED the        day of                    , 19    .

ADOPTED AND APPROVED:

_____        _____
Subscriber                              Director

A true copy of the following papers referred to in the foregoing is appended hereto.

Articles of Incorporation
By-Laws
Specimen Certificate of Shares
Resolution Designating Depository of Funds

# Minutes

### and

# By Laws

OF

INCORPORATED UNDER THE LAWS OF

## THE STATE OF FLORIDA

BY-LAWS OF

---

### ARTICLE I - OFFICES

The principal office of the Corporation shall be established and maintained at
in the City of                                    County of
State of Florida.  The Corporation may also have offices at such places within or without the State of Florida as the board may from time to time establish, or as the business of the Corporation may require from time to time.

### ARTICLE II - SHAREHOLDERS

1. ANNUAL MEETINGS

The annual meeting of the Shareholders of this Corporation shall be held on the        day of              of each year or at such other time and place designated by the Board of Directors of the Corporation.  Business transacted at the annual meeting shall include the election of Directors of the Corporation and all other matters properly before the Board.  If the designated day shall fall on a Sunday or legal holiday, then the meeting shall be held on the first business day thereafter.

2. SPECIAL MEETINGS

Special meetings of the Shareholders shall be held when directed by the President or the Board of Directors, or when requested in writing by the holders of not less than 10% of all the shares entitled to vote at the meeting.  A meeting requested by Shareholders shall be called for a date not less than 10 nor more than 60 days after the request is made unless the Shareholders requesting the meeting designate a later date.  The call for the meeting shall be issued by the Secretary, unless the President, Board of Directors, or Shareholders requesting the meeting shall designate another person to do so.

3. PLACE

Meetings of Shareholders shall be held at the principal place of business of the Corporation or at such other place as may be designated by the Board of Directors

4. NOTICE

Written notice to each Shareholder entitled to vote stating the place, day and hour of the meeting and, in the case of a special meeting, the purpose or purposes for which the meeting is called, shall be delivered not less than 10 nor more than 60 days before the meeting.  If any Shareholder shall transfer his stock after notice, it shall not be necessary to notify the transferee.  Any Stockholder may waive notice of any meeting either before, during or after meeting, by a writing signed by the Shareholders entitled to the notice.

B1

cv-06172-WJZ    Document 4 of the United States District Court 08/16/2001 in    Pa

**5. QUORUM AND VOTING**

person or by Proxy, shall constitute a Quorum at a meeting of Shareholders, but in no event shall a Quorum consist of less than 1/3 of the shares entitled to vote at the meeting.

After a Quorum has been established at a Shareholders meeting, the subsequent withdrawal of Shareholders, so as to reduce the number of shares entitled to vote at the meeting below the number required for the Quorum, shall not effect the validity of any action taken at the meeting or any adjournment thereof.

If a quorum exists, action on a matter, other than the election of directors, is approved if the votes cast by the holders of the Shares represented at the meeting and entitled to vote on the subject matter favoring the action exceed the votes cast opposing the action, unless a greater number of affirmative votes or voting by classes is required by the Florida Business Corporation Act or the Corporation's Articles of Incorporation.

**6. PROXY**

Every Shareholder entitled to vote at a meeting of Shareholders, or to express consent or dissent without a meeting, or his duly authorized attorney-in-fact, may authorize another person or persons to act for him by Proxy. The Proxy must be signed by the Shareholder or his attorney-in-fact. A Proxy shall be effective when received by the Secretary of the Corporation or other person authorized to tabulate votes. No Proxy shall be valid after the expiration of eleven months from the date thereof, unless otherwise provided in the Proxy.

## ARTICLE III - DIRECTORS

**1. BOARD OF DIRECTORS**

The business of the Corporation shall be managed and its corporate power exercised by a Board of    Directors, each of whom shall be of full age.    It shall not be necessary for Directors to be Stockholders or residents of the state of Florida.

**2. ELECTION AND TERM OF DIRECTORS**

Directors shall be elected at the annual meeting of

Stockholders and each Director elected shall hold office until his successor has been elected and qualified, or until his prior resignation, removal, or death.    Unless otherwise provided in the Articles of Incorporation, Directors shall be elected by a plurality of the votes cast by the shares entitled to vote in the election at a meeting at which a quorum is present.

**3. VACANCIES**

If the office of any Director, member of a committee or other officer becomes vacant, including a vacancy resulting from an increase in the numbers of Directors, the remaining Directors in office, though less than a quorum, by a majority vote, may appoint any qualified person to fill such vacancy, who shall  hold office for the unexpired term and until his successor shall be duly chosen.

**4. REMOVAL OF DIRECTORS**

Any or all of the Directors may be removed with or without cause by vote of a majority of all of the stock outstanding and entitled to vote at an annual meeting or special meeting of Stockholders called for that purpose.

### 5. NUMBER OF DIRECTORS; NEWLY CREATED DIRECTORSHIPS

The authorized number of directors shall not be less than nor more than . The number of Directors may be increased by amendment of these By-Laws, by the affirmative vote of a majority in interest of the Stockholders, at the annual meeting or at a special meeting called for that purpose, and by like vote the additional Directors may be chosen at such meeting to hold office until the next annual election and until their successors are elected and qualify.

### 6. RESIGNATION

A Director may resign at any time by giving written notice to the Board, the President or the Secretary of the Corporation. Unless otherwise specified in the notice, the resignation of such officer shall take effect upon receipt thereof by the Board, and the acceptance of the resignation shall not be necessary to make it effective.

### 7. QUORUM OF DIRECTORS AND VOTING

A majority of the Directors shall constitute a quorum for the transaction of business. If at any meeting of the board there shall be less than a quorum present, a majority of those present may adjourn the meeting from time to time until a quorum is obtained, and no further notice thereof need be given other than by announcement at the meeting which shall be so adjourned. If a quorum is present when a vote is taken, the affirmative vote of a majority of Directors present shall be the act of the Board of Directors.

### 8. PLACE AND TIME OF BOARD MEETINGS

The board may hold its meeting at the office of the Corporation or at such other places, either within or without the State of Florida as it may from time to time determine.

### 9. NOTICE OF MEETINGS OF THE BOARD

A regular annual meeting of the Board may be held without notice at such time and place as it shall from time to time determine. Special meetings of the Board shall be held upon notice to the Directors and may be called by the President upon three days notice to each Director either personally or by mail or by wore; special meetings shall be called by the President or by the Secretary in a like manner on written request of two Directors. Notice of a meeting need not be given to any Director who submits a waiver of notice whether before or after the meeting or who attends the meeting without protesting prior thereto or at its commencement, the lack of notice to him.

### 10. REGULAR ANNUAL MEETING

A regular annual meeting of the Board shall be held immediately following the annual meeting of Stockholders at the place of such annual meeting of Stockholders.

### 11. EXECUTIVE AND OTHER COMMITTEES

The Board, by resolution, may designate two or more of their members to any committee. To the extent provided in said resolution or these By-Laws, said committee amy exercise the powers of the Board concerning the management of the business of the Corporation.

### 12. COMPENSATION

No compensation shall be paid to Directors, as such, for their services, but by resolution of the Board, a fixed sum and expenses for actual attendance, at each regular or special meeting of the Board may be authorized. Nothing herein contained shall be construed to preclude any Director from serving the Corporation in any other capacity and receiving compensation therefor.

### ARTICLE IV - OFFICERS

#### 1. OFFICERS, ELECTION AND TERM

a) The Board may elect or appoint a Chairman, a President, one or more Vice Presidents, a Secretary and a Treasurer, and such other officers as it may determine, who shall have such duties and powers as hereinafter provided. If specifically authorized by the Board of Directors, an officer may appoint one or more officers or assistant officers.

b) All officers shall be elected or appointed to hold office until the meeting of the Board following the next annual meeting of Stockholders and until their successors have been elected or appointed and qualified.

c) Any two or more offices may be held by the same person.

#### 2. REMOVAL, RESIGNATION, SALARY, ETC.

a) Any officer elected or appointed    by the Board may be removed by the Board with or without cause.

b) In the event of the death, resignation or removal of an officer, the Board in its discretion may elect or appoint a successor to fill the unexpired term.

c) An officer may resign at any time by delivering a written notice to the Corporation.

d) The salaries of all officers shall be fixed by the Board.

e) The Directors may require any Officer to give security for the faithful performance of his duties.

f) Any vacancy in any office may be filled by the Board of Directors.

#### 3. DUTIES

The officers of this Corporation shall have the following duties:

The President shall be the chief executive officer of the Corporation, shall have general and active management of the business and affairs of the Corporation subject to the directions of the Board of Directors, and shall preside at all meetings of the Shareholders and Board of Directors.

In absence of the President or in the event of his death, inability or refusal to act, the Vice-President (or in the event there is more than one Vice-President, the Vice-Presidents in the order of their appointment) shall perform the duties of the President, and when so acting, shall have all the powers of and be subject to all the restrictions upon the President.

B4

the Secretary shall have custody of, and maintain, all of the corporate records except the financial records; shall record the minutes of all meetings of the Shareholders and Board of Directors, send all notices of all meetings and perform such other duties as may be prescribed by the Board of Directors or the President.

The Treasurer shall have custody of all corporate funds and financial records, shall keep full and accurate accounts of receipts and disbursements and render accounts thereof at the annual meetings of Shareholders and whenever else required by the Board of Directors or the President, and shall perform such other duties as may be prescribed by the Board of Directors or the President.

## ARTICLE V - STOCK CERTIFICATES

### 1. ISSUANCE

Every holder of shares in this Corporation shall be entitled to have a certificate representing all shares of which he is entitled. No certificate shall be issued for any share until such share is fully paid.

### 2. FORM

Certificates representing shares in this Corporation shall be signed by the President or Vice President and the Secretary or an Assistant Secretary and may be sealed with the seal of this Corporation or a facsimile thereof.

### 3. TRANSFER OF STOCK

The Corporation shall register a stock certificate presented to it for transfer if the certificate is properly endorsed by the holder of record or by his duly authorized attorney.

### 4. LOST, STOLEN OR DESTROYED CERTIFICATES

If the Shareholder shall claim to have lost or destroyed a certificate of shares issued by the Corporation, a new certificate shall be issued upon the making of an affidavit of that fact by the person claiming the certificate of stock to be lost, stolen or destroyed, and at the discretion of the Board of Directors, upon the deposit of a bond or other indemnity in such amount and with such sureties, if any, as the Board may reasonably require.

## ARTICLE VI - BOOKS AND RECORDS

### 1. BOOKS AND RECORDS

This Corporation shall keep correct and complete books and records of account and shall keep minutes of the proceedings of its Shareholders, Board of Director and committees of Directors.

This Corporation shall keep at its registered office or principal place of business a record of its Shareholders,giving the names and addresses of all Shareholders and the number of the shares held by each.

Any books, records and minutes may be in written form or in any other form capable of being converted into written form within a reasonable time.

B5

If he gives the Corporation written notice of his demand, made in good faith and stating the purpose thereof, at least 5 business days before the date on which he wishes to inspect and copy, a shareholder shall have the right to examine, in person or by agent or attorney, during regular business hours for any proper purpose, the Corporation's relevant books and records of accounts, minutes and records of Shareholders and to make extract therefrom.

### 3. FINANCIAL INFORMATION

The Corporation shall furnish its shareholders annual financial statements, which may be consolidated or combined statements of the Corporation and one or more of its subsidiaries, as appropriate, that include a balance sheet as of the end of the fiscal year, an income statement for that year, and a statement of cash flows for that year. If financial statements are prepared for the Corporation on the basis of generally accepted accounting principles, the annual financial statements for the shareholders also must be prepared on that basis.

If the annual financial statements are reported upon by a public accountant, his report must accompany them. If not, the statements must be accompanied by a statement of the President or the person responsible for the Corporation's accounting records:

(1) stating his reasonable belief whether the statements were prepared on the basis of generally accepted accounting principles and, if not, describing the basis of preparation; and

(2) describing any respects in which the statements were not prepared on a basis of accounting consistent with the statements prepared for the preceding year.

The Corporation shall mail the annual financial statements to each shareholder within 120 days after the close of each fiscal year. Thereafter, on written request from a shareholder who was not mailed the statements, the Corporation shall mail him the latest annual financial statements.

### ARTICLE VII - DIVIDEND

The Board may out of funds legally available therefor, at any regular or special meeting, declare dividends upon the capital stock of the Corporation as and when it deems expedient. Before declaring any dividend there may be set apart out of any funds of the Corporation available for dividends, such sum or sums as the Board from time to time in their discretion deem proper for working capital or as a reserve fund to meet contingencies or for equalizing dividends or for such other purposes as the Board shall deem conducive to the interests of the Corporation.

### ARTICLE VIII - CORPORATE SEAL

The seal of the Corporation shall be circular inform and bear the name of the Corporation, the year of its organization and the words "CORPORATE SEAL, FLORIDA." The seal may be used by causing it to be impressed directly on the instrument or writing to be sealed, or upon adhesive substance affixed thereto. The seal on the certificates for shares or on any corporate obligation for the payment of money may be facsimile, engraved or printed.

B6

All corporate instruments and documents shall be signed or countersigned, executed, verified or acknowledged by such officer or officers or other person or persons as the Board may from time to time designate.

## ARTICLE X - FISCAL YEAR

The fiscal year shall begin the first day of in each year.

## ARTICLE XI - NOTICE AND WAIVER OF NOTICE

Whenever any notice is required by these By-Laws to be given, personal notice is not meant unless expressly so stated, and any notice so required shall be deemed to be sufficient if given by depositing the same in the post office box in a sealed post-paid wrapper, addressed to the person entitled thereto at his last known post office address, and such notice shall be deemed to have been given o the day of such mailing. Stockholders not entitled to vote shall not be entitled to receive notice of any meetings except as otherwise provided by Statute.

Whenever any notice is required to be given under the provisions of any law, or under the provisions of the Articles of Incorporation of the Corporation, or these By-Laws, a waiver thereof in writing, signed by the person or persons entitled to said notice, whether before or after the time state therein, shall be deemed equivalent thereto.

## ARTICLE XII - CONSTRUCTION

Whenever a conflict arises between the language of these By-Laws and the Articles of Incorporation, the Articles of Incorporation shall govern.

## ARTICLE XIII - ACTION WITHOUT A MEETING

### 1. ACTION BY SHAREHOLDERS WITHOUT A MEETING.

Any action required or permitted to be taken at a meeting of the shareholders may be taken without a meeting, without prior notice, and without a vote if one or more consents in writing, setting forth the action so taken, shall be signed and dated by the holders of the outstanding stock entitled to vote with respect to the subject matter thereof and having not less than the minimum number of votes that would be necessary to authorize or take such action at a meeting at which all shares entitled to vote thereon were present and voted, and shall be delivered to the Corporation for inclusion in the minute book.

### 2. ACTION BY DIRECTORS WITHOUT A MEETING.

Any action required or permitted to be taken by the Board of Directors or a committee of the Board at a meeting may be taken without a meeting if all the members of the Board or the committee take the action, each director or committee member signs a written consent describing the action taken, and the consents are filed with the records of the Corporation.

B7

## ARTICLE XIV - AMENDMENTS

These By-Laws may be altered or repealed and By-Laws may be made at any annual meeting of the Stockholders or at any special meeting thereof if notice of the proposed alteration or repeal to be made be contained in the notice of such special meeting, by the affirmative vote of a majority of the stock issued and outstanding and entitled to vote thereat, or by the affirmative vote of a majority of the board at any regular meeting of the board or at any special meeting of the board if notice of the proposed alteration or repeal to be made, be contained in the notice of such special meeting.

## ASSIGNMENT OF SUBSCRIPTION

I hereby assign to

all of my rights to subscribe to the shares of the capital stock of
a Corporation organized under
the laws of the State of Florida, which I have acquired either by virtue
of being Incorporator or one of the Incorporators of said Corporation, the
Subscriber to the Articles of Incorporation or a Subscriber to the capital
stock of the Corporation.
EXECUTED:                                        ,  19     .

_____

_____

## ASSIGNMENT OF SUBSCRIPTION

I hereby assign to

all of my rights to subscribe to the shares of the capital stock of
a Corporation organized under
the laws of the State of Florida, which I have acquired either by virtue
of being Incorporator or one of the Incorporators of said Corporation, the
Subscriber to the Articles of Incorporation or a Subscriber to the capital
stock of the Corporation.
EXECUTED:                                        ,  19     .

_____

(a)

## RESIGNATION

Gentlemen:

        I (We) hereby tender my (our) resignation as Director of

a Florida Corporation, to take effect at the conclusion of the meeting of
the Board of Directors, at which this resignation is accepted.

        DATED:                  , 19    .

---

                    _____

                    _____

                    _____

---

## RESIGNATION

Gentlemen:

        I (We) hereby tender my (our) resignation as Director of

a Florida Corporation, to take effect at the conclusion of the meeting of
the Board of Directors, at which this resignation is accepted.

        DATED:                  , 19    .

                    _____

                    _____

                    _____

**(b)**

## PROXY

KNOW ALL MEN BY THESE PRESENTS, that,

the undersigned Shareholder in the
hereby constitutes and appoints                     or either of
them    true and lawful attorney and agent for                    ,
and in        name, place and stead, to vote as    proxy at the
Meeting of the Shareholders of the said Corporation, to be held on
            or at any adjournment thereof, for the election of
and for the transaction of any business which may legally come before the
said meeting, and for                    and in
name, to act as fully as                        could do if personally
present; and    hereby revoke any other proxy heretofore given by

        WITNESS        hand    and seal    this    day of
19    .

        In the presence of        Witness(es).


        _____


Witness:


        _____

        _____

        _____

**(c)**

## WAIVER OF NOTICE OF SPECIAL MEETING

### OF THE

### BOARD OF DIRECTORS

### OF

WE, the undersigned, being all of the Directors of the Corporation, hereby agree and consent that a special meeting of the Board of Directors of the Corporation be held on the date and time and at the place designated hereunder, and do hereby waive all notice whatsoever of such meeting and of any adjournment or adjournments thereof.

We do further agree and consent that any and all lawful business may be transacted at such meeting or at any adjournment or adjournments thereof as may be deemed advisable by the Directors present thereat.   Any business transacted at such meeting or at any adjournment or adjournments thereof shall be valid and legal and of the same force and effect as if such meeting or adjournment meeting were held after notice.

Place of Meeting:

Date of Meeting:

Time of Meeting:

Purpose of Meeting:


Dated:                                    , 19 .


_____
**Director**

_____
**Director**

_____
**Director**


**(d)**

**MINUTES OF SPECIAL MEETING**

OF THE BOARD OF DIRECTORS

OF

_____

        The special meeting of the Board of Directors of the above-captioned Corporation was held on the date, time and at the place set forth in the written waiver of notice signed by all the Directors, fixing such time and place, and prefixed to the minutes of this meeting.
        The meeting was called to order by the President and
                                    was presented to the meeting.
After discussion, upon motion duly made, seconded and carried, it was
        RESOLVED,

        RESOLVED, that the President and such other officers as he may designate are hereby authorized, empowered and directed to take any and all action necessary or desirable to

        There being no further business to come before the meeting, upon motion duly made, seconded and carried, the same was adjourned.

                           _____
                           Secretary

APPROVED:

_____
President

**(e)**

OF

_____

      PLEASE TAKE NOTICE that the Annual Meeting of the Shareholders of the above Corporation, for the purpose of electing Officers and Directors, and transacting such other business as may properly come before the meeting, will be held on the        day of
, 19    , at      o'clock, at the office of the Corporation.
      The transfer books will remain closed from the     day of
     19   , until the    day of         , 19  .
     DATED the   day of             , 19  .

_____
Secretary


## AFFIDAVIT OF MAILING OF NOTICE OF ANNUAL MEETING

STATE OF FLORIDA  )
                ) ss
COUNTY OF        )


                                 being duly sworn according to law, desposes and says:
      I am the Secretary of the above Corporation; that on the
day of                , 19 , I personally deposited in a post-office box copies of the aforesaid notice, each enclosed in a securely sealed post-paid wrapper, one of said notices addressed to each person whose name appears on the annexed list, and to their respective post office addresses, as therein set forth.


_____
Secretary

Sworn to and subscribed
before me this    day
of         , 19  .


_____
Notary Public, State of Florida

**(f)**

OF

**SHAREHOLDERS**

OF

_____

      MINUTES of the Annual Meeting of Shareholders, held at
                 on the        day of       , 19
at    o'clock.

      The meeting was duly called to order by the President, who
stated the object of the meeting and requested the election of a Chariman.
      On motion duly made and carried, the vote was taken and
                                       was    duly    declared
elected Chairman of the Meeting.

      The Secretary then read the Notice of Meeting together with the
Affidavit of service thereof, which were ordered appended to these
Minutes.

      The Secretary reported that the list in said Affidavit of
Mailing of Notice of Annual Meeting contained the names of all
Shareholders of the Corporation, and their post-office addresses, as the
same appear from the books of the Corporation.

      The Chairman then directed the Secretary to call the roll of
Shareholders from the Sharetransfer book of the Corporation:

      The following Shareholders were present in person:

<u>Name of Shareholders</u>                        <u>No. of Shares</u>

      The following Shareholders were present by proxy:

<u>Name of Shareholders</u>        <u>Proxy</u>           <u>No. of Shares</u>

**(g)**

The Chairman then requested all proxies to be filed with the Secretary.

The Chairman then stated that a Majority of the total number of outstanding shares of the Corporation was represented, thus constituting a quorum.

The President then presented his report, and after discussion, the report was accepted and ordered filed with the Secretary.

The Chairman noted that it was in order to consider electing a Board of Directors for the ensuing year. Upon nominations duly made, seconded and unanimously carried, the following persons were elected as Directors of the Corporation, to serve for a period of one year and until such time as their successors are elected and qualify:


There being no further business to come before the meeting, upon motion duly made, seconded and unanimously carried, it was adjourned.


_____
Secretary

Shareholders:

_____

_____

_____

**(h)**

**NOTICE OF REGULAR MEETING**

**OF THE**

**BOARD OF DIRECTORS**

**OF**

_____

     PLEASE TAKE NOTICE that a regular meeting of the Board of Directors will be held at the office of the Corporation, located at

in the City/County of            on the       day of 19    , at    o'clock, for the purpose of transacting all such business as may properly come before the same.

     DATED the       day of          , 19   .


                                   _____
                                   Secretary

OF THE BOARD OF DIRECTORS

OF

_____

MINUTES of the meeting of the Board held at the office of the
Corporation at
on the        day of                        ,19      , at        o'clock.
        The President of the Corporation called the meeting to order.
        The Secretary called the roll and the following Directors were
found present:



        The Secretary reported that Notice of the time and place of
holding the meeting was given to each Director by mail in accordance with
the By-Laws, and, after discussion, the Notice was ordered appended to
these Minutes.
        The President then stated that a quorum was present and the
meeting was ready to transact business.
        The minutes of the preceding meeting of the Board, held on the
        day of                        , 19    , were thereupon
read and adopted.
        The President presented this report, and after discussion, the
report was ordered appended to these Minutes.
        On motion duly made and carried, the meeting proceeded to the
election of officers for the ensuing year.
        The following officers were thereupon duly elected by ballot:

President:
Vice President:
Secretary:
Treasurer:

        On motion duly made and carried, the salary of the officers
were fixed as follows:

        There being no further business, the meeting was adjourned.
        DATED the        day of                        , 19    .

                                _____
                                **Secretary**

(j)

## PURPOSE

Section 1244 of the Code is designed to benefit the individual investor or an investing partnership. In essence it converts a loss on qualified "Sec. 1244 Stock" which would otherwise constitute a capital loss into an ordinary loss, within certain limitations. While this is a negative form of protection and presupposes that the enterprise will suffer losses, it is nevertheless an important element of client protection which may be utilized in many cases.

The purpose of Section 1244 is to encourage the flow of new funds into small business and to place shareholders on a more nearly equal basis with proprietors and partners. In past years, Section 1244 required a formal Plan as well as certain other requirements; however, under current law, a Plan is no longer necessary and certain other requirements have been deleted or revised.

## QUALIFICATION OF STOCK

All new stock of domestic corporations issued will automatically be qualified as Section 1244 stock if:

1. The corporation is a small business corporation;

2. The stock is issued for money or other property, but not stock, securities or services; and

3. During the five taxable years immediately preceding the year in which the loss is sustained (or such shorter period as the corporation is in existence) the corporation must derive more than 50 percent of its gross receipts from sources other than royalties, rents, dividends, interest, annuities, and sales or exchanges of stock or securities, i.e. gross receipts normally associated with investment activities.

## SUPPLEMENTARY QUALIFICATIONS

1. ELIGIBLE STOCK. Common stock, either voting or non-voting, and preferred stock will qualify.

2. ELIGIBLE SHAREHOLDERS. The losses must be sustained by shareholders who are individuals or on stock held by a partnership. Corporations, trusts and estates are not eligible for this benefit and individual partners must have been a partner at the time the "Sec. 1244 Stock" is issued to the partnership. The date of issuance of the Stock is the date upon which it is subscribed for, accepted and paid for. As a result, the certificate representing such Stock should be dated accordingly. Delivery of the certificate may be made at a later date; however, all such deliveries should be made promptly in order to avoid problems with the Internal Revenue Service. In addition, it should be noted that the shareholder must be the original investor. Thus all transferees are excluded from the tax benefits, including shareholders by reason of gift, inheritance, purchase, etc. Where the stock is issued in the name of a husband and wife or a partnership is being formed, the law is not clear. In a husband-wife situation, it is suggested that the Stock be issued in the individual names.

(aa)

3.   ELIGIBLE CORPORATION. The corporation must be a "small business corporation" and to qualify as a "small business corporation" under the Code Section 1244, as amended, the aggregate amount of all money and all property received for stock both as a contribution to capital and as paid-in surplus may not exceed one million dollars.   Thus the equity capital of the Corporation is limited in the aggregate to one million dollars. Additionally, it must be a domestic corporation.

## MAXIMUM LOSS FOR ANY TAXABLE YEAR

A shareholder filing an individual tax return may not deduct more than $50,000.00 of ordinary loss in one taxable year and a husband and wife filing a joint return are limited to $100,000.   In the event the loss exceeds such amounts, the balance of the loss is treated as capital loss.   It should be noted that the amount of ordinary income which may be offset by long term capital losses is currently $3,000.

Additionally, the amount of the ordinary loss is limited to the amount contributed to the capital of the Corporation in consideration for the issuance of the Sec. 1244 Stock and does not include subsequent contributions for which new stock is not issued.   Thus, a small business corporation should issue stock for additional contributions to capital.

**PURSUANT TO SEC. 1244 I.R.C**

_____
(Date)

To:_____
    (Name of Prospective Stockholder)

Dear Sir:

        Pursuant to the provisions of our plan to offer shares
qualifying under Section 1244 of the Internal Revenue Code, the
Corporation hereby offers to sell to you _____ shares of its
common stock at a price of $_____ per share.
        Your signature on the enclosed copy of this letter shall
constitute an acceptance of our offer as of the date it is received by the
corporation.

                            Very truly yours,


                            _____
                            (Name of Corporation)

                      By_____

The aforesaid offer is
hereby accepted.


_____


===================================================

### OFFER TO PURCHASE STOCK


                            _____
                            (Date)

To The Board of Directors of


_____
    (Name of Corporation)

Gentlemen:
        I, the undersigned, hereby offer to purchase _____ share
(s) of the                  stock of your Corporation at a total purchase
price of $_____.

                            Very truly yours,


                            _____
                            (Name of Purchaser)

                            _____
                            (Dated)

ANALYSIS OF

## TAX-OPTION (SUBCHAPTER S) ELECTION

### OVERVIEW

In 1958, Congress introduced the tax-option election by adding Subchapter S to the Internal Revenue Code. It was subsequently revised by numerous tax acts. Its purpose is to allow business to select the form of business organization desired without the necessity of taking into account major differences in tax consequences. A "small business corporation" which makes an election (with the consent of all of its shareholders) is generally not subject to corporate level income tax, and corporate income or losses are attributable to the individual shareholders in proportion to the shares owned by each individual. A corporation which makes an S election after its first fiscal year will be subject to corporate level income tax under certain limited situations concerning (i) built-in gains on disposition of a corporate asset and (ii) passive income in excess of 25% of the corporation's gross receipts.

The Subchapter S election is not an automatic qualification and it requires careful consideration of its inherent tax advantages and disadvantages.    The corporation must meet certain requirements for eligibility and it must take certain affirmative action to avail itself of this tax benefit.

### REQUIREMENTS FOR ELIGIBILITY

1. QUALIFICATION AS A "SMALL BUSINESS CORPORATION"

(a)   It may not have more than 35 shareholders and a husband and wife (or their estates) are treated as one shareholder for purposes of determining the number of shareholders irrespective of whether the shares are owned jointly or individually.

(b)  Eligible shareholders are now limited to individuals, estates, grantor trusts (grantor is treated as the shareholder) and voting trusts, however, none of the individuals or participants may be a nonresident alien; in addition, a grantor trust may be eligible for a period of up to two years after the death of the grantor under certain conditions. Additionally, a trust which satisfies the requirements for a "qualified Subchapter S Trust" as defined in the Code is eligible to be a shareholder.

(c)   It may have only one class of stock.

(d)   It may not be a member of an affiliated group of corporations.

(e)   It must be a domestic corporation.

Note: Requirements (a) thru (e) must be satisfied at the time the election is timely filed.   The election will be terminated if the corporation ceases to qualify as a small business corporation.

        In order to make the election, the corporation is required to file U.S. treasury Department Form 2553, entitled "Election By Small Business Corporation" (which includes a Shareholder's statement of consent) with the District Director of Internal Revenue for the district in which the corporation's principal place of business is located and if it is to be utilized from the inception of a new corporation it is required to be filed not later than the fifteenth day of the third month of the first taxable year. Late filings are treated as an election effective for the following taxable year.   The first month of a new corporation does not begin until the corporation has shareholders, acquires assets, or begins doing business, whichever is first to occur.

        Elections need not be renewed annually.   They are valid until revoked or terminated.


NOTE:    THE ABOVE ANALYSIS IS A GENERAL SUMMARY AND IS SUBJECT TO
         CONTINUAL CHANGE. PLEASE REVIEW PERTINENT LEGISLATION FOR
         UPDATED REVISIONS AND CONSULT WITH YOUR TAX ADVISOR.

## ARTICLE I - PURPOSE

1.1 The purpose of this Medical Expense Reimbursement Plan (the "Plan") is to encourage and help provide full and complete medical care for each participating employee and his or her spouse and dependents. It is the intention of the Employer that this Plan qualify as an accident and health plan within the meaning of Section 105 of the Internal Revenue Code of 1986, as amended ("the Code").

## ARTICLE II - PERMANENT PROGRAM OR ARRANGEMENT

2.1 The Employer intends that this program be a permanent program or arrangement for the benefit of its employees and their families. Nothing herein, however, shall prevent the Employer from amending or terminating this Plan, provided such amendment or termination is permissible under applicable law and such amendment or termination shall not affect a claimant's rights to benefits hereunder with respect of reimbursable expenses that have been incurred prior to the date Employer action is taken to terminate the Plan or the effective date of such termination, whichever occurs last.

2.2 The exclusive purpose of this Plan is to provide the medical benefits described herein for covered employees and their family members. No benefits payable under this Plan shall be applied for any other purpose.

## ARTICLE III - EFFECTIVE DATE

The effective date of this Plan shall be _____, 19____. The records of the Plan shall be kept on a calendar year basis. The Plan Year shall be the calendar year.

## ARTICLE IV - ELIGIBILITY

All full-time employees of the Employer shall be eligible to participate in this Plan except:

> (a) members of a bargaining unit covered by a collective bargaining agreement, provided the Company has bargained in good faith on the subject of accident and health benefits; and

> (b) nonresident aliens who receive no U.S.-source income from the Company for the Plan Year.

Full-time employees are those who customarily work both at least twenty-five (25) hours per week and at least six months per year.

(ff)

ARTICLE V — PARTICIPATION

Each employee who is eligible to participate in the Plan under Article IV (an "Eligible Employee") shall become a participant in the Plan (a "Participant") on the effective date of the Plan if on the effective date he or she is at least 25 years old and has completed at least three years of employment with the Employer. Each other Eligible Employee shall become a Participant on the first day of the month immediately following the month in which he or she has both attained age 25 and completed at least three years of employment with the Employer. Upon termination of a Participant's employment with the Employer, all rights of such Participant (and/or a family member of the Participant) to receive benefits for claims incurred after the termination date shall be forfeited. Such participant (and his or her family) shall, however, retain the right to be reimbursed hereunder for claims incurred prior to the termination of employment. For this purpose, a claim will be considered to be incurred when the services relating to such claim have been rendered.

The Employer acknowledges that this Plan must benefit at least 70% of all employees, or 80% of all eligible employees if 70% of all employees are eligible, excluding for the purpose of determining "all employees" the employees referred to at Article IV above and those who are not yet age 25 and those who have not completed three years of employment.

### ARTICLE VI — BENEFITS

6.1 The Employer shall reimburse each Participant for all expenses incurred and paid by the Participant for medical care, as defined in Code Section 213, for himself or herself and his or her spouse and dependents, subject of the limits described in Article VII, below.

6.2 For purposes of this Plan, expenses for medical care shall include, without limitation, all amounts paid for hospital bills, doctor and dental bills, prescription drugs, eyeglasses, premiums for accident or health insurance and transportation primarily for, and essential to, such medical care. Dependent means a dependent as defined in Section 152 of the Code.

### ARTICLE VII — LIMITATION ON BENEFIT PROVIDED

No Participant shall be entitled to receive more than $_____ in reimbursements under this Plan for any plan year. For this purpose, amounts received that are attributable to reimbursements due to Participant's spouse or dependents shall be considered to have been received by the Participant.

### ARTICLE VIII — BENEFITS FROM ANOTHER SOURCE

Reimbursement under this Plan shall be made only in the event, and to the extent, that reimbursement for amounts expended, or payment, for medical care is not provided for under any insurance policy or under any other plan of the Employer or another employer or under any federal or state law. If there is such a policy, plan or law in effect providing for such reimbursement or payment in whole or in part, then, to the extent of the coverage under such policy, plan or law, the Employer shall be relieved of any and all liability hereunder.

9.1 Claims for benefits under this Plan shall be made on forms provided by the Employer. To obtain reimbursement for medical expenses hereunder, a Participant must submit within a reasonable period of time after the end of each calendar quarter a request for reimbursement for medical expenses incurred by him or her during the preceding quarter, together with such evidence of payment of such expenses as shall be required by the Employer in accordance with rules uniformly applied.

9.2 If any claim for benefits under this Plan is denied in whole or in part, the Employer shall promptly furnish the claimant with a written notice:

- (a) setting forth the reason for the denial;

- (b) citing the Plan provisions upon which such denial is based;

- (c) describing any additional material or information from the claimant that is necessary in order for the claimant to perfect his or her claim and why; and

- (d) explaining the claim review procedure set forth herein.

9.3 Failure by the Employer to respond to a claim within a reasonable time shall be deemed a denial. Within 60 days after denial of any claim for benefits under this Plan, the claimant may request in writing a review of the denial.

9.4 Any claimant seeking review hereunder is entitled to examine all pertinent documents, and to submit issues and comments in writing. The Employer shall render a decision on review of a claim not later than 60 days after receipt of a request for review hereunder. The decision of the Employer on review shall be in writing and shall state the reason for the decision, referring to the Plan provisions upon which it is based.

## ARTICLE X - ADMINISTRATION

The _____ of the Employer shall have authority and responsibility to control and manage the operation and administration of this Plan.

## ARTICLE XI - MISCELLANEOUS

11.1 All terms expressed herein shall be deemed to include the feminine and neuter genders and all references to the plural shall be deemed to include the singular and vise versa, all as proper construction shall dictate.

11.2 To the extent not pre-empted by the Employee Retirement Income Security Act of 1974 (ERISA), as amended, questions concerning the proper interpretation of the terms of this agreement shall be determined in accordance with the law of the State of Florida, where the Employer's principal business office is located.

(hh)

any other disclosure documents relating thereto (including, but not limited to, summary plan descriptions) that are in the public domain on file at its office where Participants may inspect them during the Employer's regular business hours. Upon request, the Employer shall provide a Participant or covered dependent with copies of such documents. When the Administrator provides such documents, the Administrator may charge the requesting party a reasonable charge for photocopying these materials.

11.4 This document contains all of the operative provisions of this Plan. Any conflict between the provisions of this document and any other document of the Employer purporting to explain the rights, benefits, or obligations of the parties hereunder shall be resolved in favor of this Plan document. In the event that a tribunal or competent jurisdiction shall determine in a final judgment or decree that one or more of the provisions of this Plan is invalid due to the provisions of applicable law, this Plan shall be interpreted as if the offending language had been stricken from its provisions and the remainder of the Plan document shall continue in full force and effect.

In adoption of this Plan document, the authorized officer(s) of the corporation have set forth their signatures below, this_____ day of _____, 19____.

_____

(ii)