UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
a Florida corporation and
GEORGE KUHN, individually,

        Plaintiffs,

v.

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
Corporation and GREATDOMAINS.COM,
INC., a California corporation,

        Defendants.

_____/

**NIGHT BOX FILED**

AUG 3 1 2001

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### NOTICE OF CANCELLATION OF MEDIATION

The mediation referred to below is hereby CANCELLED due to plaintiff's unavailability.

**Tuesday, September 4, 2001**
**12:00 pm**
**Mediation, Inc.**
**100 SE 3d Avenue**
**Ft. Lauderdale, Florida 33394**

CASE NO.: 00-6172-CIV-ZLOCH

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a true copy of the foregoing was mailed this $\underline{29}$ day of August, 2001 to: John C. Rayson, Esq., Law Offices of John C. Rayson, Second Floor, 2400 East Oakland Park Boulevard, Fort Lauderdale, FL 33306.

> BUCHANAN INGERSOLL, P.C.
> Attorneys for Greenidge
> 2100 BANK OF AMERICA TOWER
> 100 SOUTHEAST SECOND STREET
> Miami, Florida 33131
> (305) 347-4080
> FAX: 347-4089
>
> WILLIAM E. DAVIS, ESQ.
> Florida Bar No.: 191680
> JILL A. COOK-EDWARDS, ESQ.
> Florida Bar No.: 0115411

2