UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
a Florida corporation and
GEORGE KUHN, individually,

    Plaintiffs,

vs.

**FINAL ORDER OF DISMISSAL**

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a Tortola,
British Virgin Islands corporation
and GREATDOMAINS.COM, INC., a
California corporation,

    Defendants/counter-claimants.
_____/



FILED by _____ D.C.

SEP 5 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court sua sponte. This Court entered its Order For Pre-Trial Conference (DE 34) dated November 21, 2000, setting the Pre-Trial Conference in the above-styled cause for September 14, 2001.

No request or Motion For Continuance of the Pre-Trial Conference has been filed, no request or Motion For Extension Of Time Within Which To File Pre-Trial Stipulation has been filed, and no Unilateral Pre-Trial Catalog has been filed by the Defendants/Counter-claimants as of August 31, 2001, as required by this Court's Order (DE 34) For Pre-Trial Conference and by Rule 16.1, Local Rules for the Southern District of Florida.

This Court having further reviewed the court file and being otherwise fully advised in the premises, it is

    **ORDERED AND ADJUDGED** that the Counterclaims (DE Nos. 13 & 27)



filed in this matter be and the same are hereby **DISMISSED**, without prejudice, for failure of the Defendants/Counter-claimants to comply with the Order of this Court setting Pre-Trial Conference and for the failure of the Defendants/Counter-claimants to comply with Rule 16.1, Local Rules for the Southern District of Florida.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Pre-Trial Conference previously scheduled in the above-styled cause is hereby canceled.

**IT IS FURTHER ORDERED AND ADJUDGED** that to the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of September, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John C. Rayson, Esq.
For Plaintiffs

Jill Cook-Edwards, Esq.
For Defendants

2