IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
CASE NO.: 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
a Florida corporation and
GEORGE KUHN, individually,

        Plaintiffs,

v.

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, British Virgin Islands
Corporation and GREATDOMAINS.COM,
INC., a California corporation,

        Defendants.
_____/

## JOINT PRE-TRIAL STIPULATION

Counter-Plaintiffs, America Dot Com, Inc, ("America.Com") and Jeremy Greenidge ("Greenidge"), and counter-defendants, PSS Internet Services, Inc., and George Kuhn by and through their undersigned counsel, submit this Joint Pre-Trial Stipulation pursuant to Local Rule 16.1(E) as follows:

### I.   STATEMENT OF CASE

(1)   By Order dated August 23, 2001, all claims asserted by Plaintiffs, PSS Internet Services, Inc. ("PSS"), and George Kuhn, were resolved in favor of America.Com and Jeremy Greenidge. The only claims remaining are the Counterclaims filed by America.Com and Greenidge against PSS seeking a declaration regarding the ownership of various domain names.

NON-COMPLIANCE OF S.D. fla. L.R.



In response to the Counterclaim, PSS raised the following defenses: 1. Unclean hands; 2. estoppel; and 3. statute of frauds.

## II.    BASIS OF FEDERAL JURISDICTION

The Court has original jurisdiction over this cause pursuant to 28 U.S.C. § 2201 and 28 U.S.C. § 1332, as diversity exists between the parties and the amount in controversy exceeds $75,000.00.

## III.    PLEADINGS RAISING THE ISSUES

Counter-Plaintiffs' respective Counterclaims.

PSS's Answers to each Counterclaim.

## IV.    UNDISPUTED MOTIONS

No motions are currently pending.

## V.    STATEMENT OF UNCONTESTED FACTS

The relevant uncontested facts are as follows: (1) Greenidge created the domain names; (2) Greenidge and Harold Millan founded PSS; (3) PSS specialized in internet access, websites and electronic mail addresses; (4) Greenidge registered "America.Com" with Network Solutions, Inc., on March 29, 1994; (5) Kuhn purchased 125 shares or 25% of PSS in late 1994; (6) Kuhn is a minority shareholder in PSS; (7) During his deposition, Kuhn testified that, prior to his investment in PSS, the domain name America.com was referred to only twice: Millan told him "that "America.com" was the name of the domain for PSS," (Kuhn Depo. at p. 24), and Greenidge said "by buying into this you're buying into America.com which is going to be some pretty pricey real estate.... I didn't think you can lose by buying this because of the name America.com." (Id.); (8) Kuhn was never told that PSS owns the name America.Com; (9) Kuhn testified that he was told that his investment was to be used to expand PSS's operations into the Orlando, Florida area. (Id. at p. 27); (10) Kuhn has no knowledge as to how PSS acquired its right to use the domain names or any interest therein; (11) PSS ceased doing business in May of 1998; (12) PSS was dissolved in October of 1998; (13) Kuhn, who became a minority shareholder of PSS in 1994, was not privy to the discussions and agreements made in 1993 when Greenidge created the name and offered its use to Millan; (14) Kuhn was not involved in the day-

CASE NO.: 00-6172-CIV-ZLOCH

to-day operations of PSS.; (15) Kuhn was told that PSS used America.com as its domain name and that the founders of PSS, Greenidge and Millan, believed that PSS's use of America.com provided PSS with great business potential; (16) with regard to "earth.net" "worldwide.net" and "universe.net," Kuhn was told only that PSS registered these names; (17) Kuhn was not aware that PSS registered "cosmos.net" and testified that PSS had no "claim" to "cosmos.net."; (18) Greenidge has paid for the registration of each domain names out of his own personal funds; and (19) Kuhn was never told that PSS owned any of the domain names.

## VI.    ISSUES OF FACT WHICH REMAIN TO BE LITIGATED AT TRIAL

A.) As to the declarations sought, the issues of fact which remain to be litigated is:

(1) Ownership of the domain names.

## VII.    ISSUES OF LAW IN WHICH THERE IS AN AGREEMENT

No issues of law remain for determination.

## VIII.    ISSUES OF LAW WHICH REMAIN FOR DETERMINATION BY THE COURT

No issues of law remain for determination.

## IX.    TRIAL EXHIBITS

Counter-Plaintiffs' trial exhibit list is attached hereto and incorporated herein as Exhibit "A";

## X.    TRIAL WITNESSES

1. Counter-Plaintiffs' trial witnesses

   Jeremy Greenidge
   Fernando Pinero
   Aaron Gee
   Harold Millan
   Michael Masterson
   Charles Henderson

   All witnesses listed by PSS.

## XI.    ESTIMATED TRIAL TIME

CASE NO.: 00-6172-CIV-ZLOCH

The parties estimate that the trial of this matter will take approximately 2 days..

## XII. ATTORNEY'S FEES

The parties agree that attorney's fees are not recoverable by either side.

Respectfully submitted,

BUCHANAN INGERSOLL P.C.
2100 NationsBank Tower
100 Southeast Second St.
Miami, FL 33131
Counsel for Plaintiff
(305) 347-4080 Phone
(305) 347-4089 Facsimile
Email: cookedwardsja@bipc.com

BY: _____
William E. Davis
Florida Bar No. 19160
Jill A. Cook-Edwards
Florida Bar No. 0115411

72504

4

CASE NO: 99-1326 CIV-DAVIS/BROWN

Aaron Gee
Harold Millan
Michael Masterson
Charles Henderson

All witnesses listed by PSS.

2. PSS's trial witness:

All witnesses listed by Plaintiff.

## XI. ESTIMATED TRIAL TIME

The parties estimate that the trial of this matter will take approximately 2 days..

## XII. ATTORNEY'S FEES

The parties agree that attorney's fees are not recoverable by either side.

Respectfully submitted,

BUCHANAN INGERSOLL P.C.
2100 NationsBank Tower
100 Southeast Second St.
Miami, FL 33131
Counsel for Plaintiff
(305) 347-4080 Phone
(305) 347-4089 Facsimile
Email addresscookedwardsja@bipc.com

BY: _____
William E. Davis
Florida Bar No. 19160
Jill A. Cook-Edwards
Florida Bar No. 0115411

Law Offices of John C. Rayson
2400 E Oakland Park Blvd
Ft Lauderdale Florida 33306

Counsel for Defendant
Phone (954) 566 8855
Facsimile (954) 566 8902

BY: /s/ John C Rayson

Florida Bar No. 204153

72504

CASE NO.: 00-6172-CIV-ZLOCH

## COUNTERPLAINTIFFS' TRIAL EXHIBITS

(1) All exhibits listed by Counter-Defendants;

(2) All rebuttal exhibits;

(3) The deposition transcript of George Kuhn;

(4) All exhibits to deposition transcript of George Kuhn;

(5) Affidavit of Harold Millan;

(6) Affidavit of Aaron Gee;

(7) Affidavit of Michael Masterson;

(8) Counter-Defendants' Answers to America Dot Com's First Set of Interrogatories;

(9) Counter-Defendants' Response to America Dot Com's First Request for Production;

(10) PSS's By-laws;

(11) PSS's Articles of Incorporation;

(12) Network Solution Inc.'s registration statements, invoices and receipts;

(13) PSS's issued stock certificates;

(14) PSS's file from the Florida Department of Corporations.