UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PSS INTERNET SERVICES, INC.          CASE NO.: 00-6172-CIV-ZLOCH
A Florida corporation and
GEORGE KUHN, individually,

      Plaintiffs,

v.

JEREMY GREENIDGE, individually,
AMERICA DOT COM, INC., a
Tortola, Brittish Virgin Islands
Corporation and GREATDOMAINS.COM,
INC., a California corporation.

      Defendants.

_____/



## JOINT MOTION TO VACATE ORDER OF DISMISSAL AND FOR ENTRY OF AGREED DECLARATORY JUDGMENT

Plaintiffs, George Kuhn, and PSS Internet Services, Inc., and Defendants, America Dot Com, Inc., and Jeremy Greenidge, by and through undersigned counsel, hereby respectfully move this Court for entry of an Order vacating the Order of Dismissal dated September 5, 2001, and entering an Agreed Declaratory Judgment and in support thereof, states as follows:

1. By Order dated September 5, 2001, this Court sua sponte dismissed the pending Counterclaims filed by defendants for failure of the parties to timely file their Joint Pretrial Stipulation.

2. The parties filed their Joint Pretrial stipulation on September 5, 2001. the same day the Court entered its order of dismissal, but prior to the time that counsel below received notice of the September 5, 2001 dismissal.

3. The parties reached a settlement agreement on August 31, 2001, the date of the deadline for the filing of the Joint Pre-Trial Stipulation, were working out the details of said settlement, and inadvertently missed the deadline for the filing. As part of the settlement agreement, the parties agreed to the entry of an agreed declaratory judgment on the declaratory counterclaims filed by defendants. As the pending counterclaims are the only claims pending in the action, the entry of the consent judgment would fully conclude this litigation. A proposed agreed declaratory judgment is attached hereto as Exhibit A.

4. In order to facilitate the settlement, the parties are desirous of an order vacating the dismissal order of September 5, 2001, and entry of the proposed agreed declaratory judgment.

WHEREFORE, the parties respectfully request this Court enter an order (1) vacating the dismissal of September 5, 2001, and (2) entering the Agreed Declaratory Judgment attached hereto as Exhibit A.

LAW OFFICES OF JOHN C. RAYSON
Attorneys for PSS Internet Services, Inc.,
and George Kuhn
SECOND FLOOR
2400 EAST OAKLAND PARK BLVD.
Ft. Lauderdale. Florida 33306

BUCHANAN INGERSOLL, P.C.
Attorneys for America Dot Com
and Jeremy Greenidge
2100 BANK OF AMERICA TOWER
100 SOUTHEAST SECOND STREET
Miami, Florida 33131
(305) 347-4080
FAX: 347-4089

_____
JOHN C. RAYSON
Florida Bar No.:

_____
JILL A. COOK-EDWARDS, ESQ.
Florida Bar No.: 0115411

2

2.  The parties filed their Joint Pretrial stipulation on September 5, 2001, the same day
the Court entered its order of dismissal, but prior to the time that counsel below received notice
of the September 5, 2001 dismissal.

3.  The parties reached a settlement agreement on August 31, 2001, the date of the
deadline for the filing of the Joint Pre-Trial Stipulation, were working out the details of said
settlement, and inadvertently missed the deadline for the filing. As part of the settlement
agreement, the parties agreed to the entry of an agreed declaratory judgment on the declaratory
counterclaims filed by defendants. As the pending counterclaims are the only claims pending in
the action, the entry of the consent judgment would fully conclude this litigation. A proposed
agreed declaratory judgment is attached hereto as Exhibit A.

4.  In order to facilitate the settlement, the parties are desirous of an order vacating the
dismissal order of September 5, 2001, and entry of the proposed agreed declaratory judgment.

WHEREFORE, the parties respectfully request this Court enter an order (1) vacating the
dismissal of September 5, 2001, and (2) entering the Agreed Declaratory Judgment attached
hereto as Exhibit A.

LAW OFFICES OF JOHN C. RAYSON
Attorneys for PSS Internet Services, Inc.,
and George Kuhn
SECOND FLOOR
2400 EAST OAKLAND PARK BLVD.
Ft. Lauderdale, Florida 33306

JOHN C. RAYSON
Florida Bar No.: _____

BUCHANAN INGERSOLL, P.C.
Attorneys for America Dot Com
and Jeremy Greenidge
2100 BANK OF AMERICA TOWER
100 SOUTHEAST SECOND STREET
Miami, Florida 33131
(305) 347-4080
FAX: 347-4089

JILL A. COOK-EDWARDS, ESQ.
Florida Bar No.: 0115411

2