UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH

*PSS INTERNET SERVICES, INC.*,
a Florida corporation, and,
GEORGE KUHN, individually,

    Plaintiffs,

vs.

JEREMY GREENIDGE, individually,
et al.,

    Defendants.
_____/

**O R D E R**

FILED by _____ D.C.

SEP 2 0 2001

THIS MATTER is before the Court upon the Joint Motion To Vacate Order Of Dismissal (DE 46), filed herein by the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, and the Defendants, Jeremy Greenidge and America Dot Com, Inc. The Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Joint Motion To Vacate Order Of Dismissal, filed herein by the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, and the Defendants, Jeremy Greenidge and America Dot Com, Inc., be and the same is hereby **GRANTED** and this Court's previously entered Final Order Of Dismissal (DE 44) be and the same is hereby **VACATED**, set aside and of no further force or



47

effect.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _20th_ day of September, 2001.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John C. Rayson, Esq.
For Plaintiffs

Jill A. Cook-Edwards, Esq.
For Defendants