UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6172-CIV-ZLOCH

PSS INTERNET SERVICES, INC.,
a Florida corporation, and,
GEORGE KUHN, individually,

    Plaintiffs,

vs.  **O R D E R**

JEREMY GREENIDGE, individually,
et al.,

    Defendants.
_____/



THIS MATTER is before the Court upon the Joint Motion For Entry Of Agreed Declaratory Judgment (DE 46), filed herein by the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, and the Defendants, Jeremy Greenidge and America Dot Com, Inc. The Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion For Entry Of Agreed Declaratory Judgment filed herein by the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, and the Defendants, Jeremy Greenidge and America Dot Com, Inc., be and the same is hereby **GRANTED** and that the Judgment on Defendants' respective counterclaims be and the same is entered



in favor of America Dot Com, Inc. and Jeremy Greenidge, and against the Plaintiffs, PSS Internet Services, Inc. and George Kuhn, as follows:

(a) The domain name "America.com" belongs solely and exclusively to America Dot Com, Inc., with America Dot Com, Inc., holding legal and equitable title thereto;

(b) The domain names "worldwide.net", "earth.net", "universe.net" and "cosmos.net" belong solely and exclusively to Jeremy Greenidge, with Jeremy Greenidge holding legal and equitable title thereto;

(c) PSS Internet Services, Inc. has no rights whatsoever in the domain names "America.com", "worldwide.net", "earth.net", "universe.net" and "cosmos.net"; and

(d) George Kuhn has no rights whatsoever in the domain names "America.com", "worldwide.net", "earth.net", "universe.net" and "cosmos.net."

2. The above-styled cause be and the same is hereby **DISMISSED**;

3. The Court retains jurisdiction of the above-styled cause solely for the purpose of enforcing the Settlement Agreement; and

4. To the extent not otherwise disposed of herein, all

2

pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___20th___ day of September, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

John C. Rayson, Esq.
For Plaintiffs

Jill A. Cook-Edwards, Esq.
For Defendants